```
Label Matrix for local noticing              (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN    Angelina Savings Bank
0540-9                                       PO BOX 183853                                    1721 Tulane Dr
Case 21-90242                                ARLINGTON TX 76096-3853                          Lufkin, TX 75901-5607
Eastern District of Texas
Lufkin
Thu Dec 30 12:12:20 CST 2021

Arrington Lumber                             Attorney General of Texas                        (p)BANCORPSOUTH
445 County Rd 1538                           Box 12548, Capitol Station                       BANKRUPTCY DEPARTMENT
Jacksonville, TX 75766                       Austin, TX 78711-2548                            P O BOX 4360
                                                                                              TUPELO MS 38803-4360

Bank of America                              Barfield Family Trust                            Barfield, Sherry 4B Ranch
Attn: Bankruptcy                             2106 N Palm Ct                                   2106 N Palm Ct
NC4-105-03-14 PO Box 26012                   Pasadena, TX 77502-5614                          Pasadena, TX 77502-5614
Greensboro, NC 27420

Bradley C Smith                              Brown, Thomas                                    Bufkin, James A
12526 N FM 95                                Atty for Velvin Oil Co Inc                       Attorney for Hughes Petroleum
Nacogdoches, TX 75961-8753                   116 N Kilgore St                                 PO Box 154138
                                             Kilgore, TX 75662-5822                           Lufkin, TX 75915-4138

CAC Financial Corp                           CJR Management                                   CJR Management
2601 Northwest Expressway                    378 CR 4117                                      378 CR 4117
Suite 1000E                                  Timpson, TX 75975                                Timpson, Texas 75975
Oklahoma City, OK 73112-7236

Center Broadcasting Co                       Commercial Bank of Texas                         Commercial Bk Texas Na
PO Box 930                                   215 E Main                                       109 W Parker
Center, Texas 75935-0930                     Nacogdoches, Texas 75961-5223                    Elkhart, TX 75839-7608

Commonwealth Financial Systems               Credit Collection Services                       District Clerk Rusk Co
Attn: Bankruptcy                             Attn: Bankruptcy                                 CV 2021-185
245 Main Street                              725 Canton St                                    PO Box 1687
Dickson City, PA 18519-1641                  Norwood, MA 02062-2679                           Henderson, TX 75653-1687

ERC                                          Element Financial Corp                           First Insurance Funding
PO Box 23870                                 655 Business Center Dr                           135 S,. LaSalle ST, Dept 8075
Jacksonville, FL 32241-3870                  Horsham, PA 19044-3409                           Chicago, IL 60674-8075

Ford Motor Credit                            Gillespie, Robin                                 Gillespie, Robin Trustee
Attn: Bankrutcy                              PO Box 631107                                    PO Box 631107
PO Box 54200                                 Nacogdoches, TX 75963-1107                       Nacogdoches, TX 75963-1107
Omaha, NE 68154-8000

Hughes Petroleum Products Inc                (p)INTERNAL REVENUE SERVICE                      IRS
PO Box 900                                   CENTRALIZED INSOLVENCY OPERATIONS                Internal Revenue Service
Corrigan, TX 75939-0900                      PO BOX 7346                                      PO Box 7346
                                             PHILADELPHIA PA 19101-7346                       Philadelphia, PA 19101-7346
```

| | | |
|---|---|---|
| IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Tyler Division Case Only<br>3372 S/SW Loop 323<br>Tyler, TX 75701-9222 | John Deer Credit<br>PO Box 5327<br>Madison, WI 53705-0327 |
| Kristy Smith<br>12526 FM 95<br>Nacogdoches, TX 75961-8753 | Lloyd Gillespie<br>8211 S US Hwy 59<br>Nacogdoches, TX 75964-8718 | Lloyd Gillespie<br>PO Box 631107<br>Nacogdoches, TX 75963-1107 |
| Lloyd Kraus<br>Chapter 13 Trustee<br>110 N College Ste 1200<br>Tyler, TX 75702-7242 | Lucky Stop<br>1218 Douglas Rd<br>Nacogdoches, TX 75964-4904 | Midland Cr Mgmt Midland Funding<br>PO  Box 2037<br>Warren, MI 48090-2037 |
| Midland Fund<br>Attn: Bankruptcy<br>350 Camino De La Reine, Suite 100<br>San Diego, CA 92108-3007 | Nacogdoches County et al<br>Perdue Brandon Fielder et al<br>PO Box 2007<br>Tyler, TX 75710-2007 | North Texas Tollway Authority<br>PO Box 660244<br>Dallas, TX 75266-0244 |
| Online Collections Deep ET Coop<br>Attn: Bankruptcy<br>PO Box 1489<br>Winterville, NC 28590-1489 | PNC Equipment Fin LLC-Element<br>co Robert Walton Esq<br>794 Penilyn, Ste 100<br>Blue Bell, PA 19422-1669 | PNC Equipment Finance<br>Customer Service -Bankruptcy<br>PO Box 609<br>Pittsburgh, PA 15230-0609 |
| Pederson, Bill, Atty<br>118 E Hospital Street, no 400<br>Nacogdoches, TX 75961-5242 | Pederson, Bill, Atty<br>PO Box 630870<br>Nacogdoches, Texas 75963-0870 | Perdue Brandon Fielder<br>Bullard City Ct<br>PO Box 9132<br>Amarillo, TX 79105-9132 |
| Polk County Clerk<br>Civil case 21-CC-CV-0053<br>101 W Mill Street,  Ste 265<br>Livingston, TX 77351-3233 | R & D Distributing<br>PO Box 1507<br>Center, TX 75935-1507 | RMA Toll Processing<br>PO Box 734182<br>Dallas, TX 75373-4182 |
| RPM for Dish Network<br>20816  44th Ave West<br>Lynnwood, WA 98036-7799 | Southside Bank<br>PO Box 1079<br>Tyler, TX 75710-1079 | Southwest Recovery Service<br>17311 Dallas Parkway<br>Suite 235<br>Dallax, TX 75248-1132 |
| (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | State of Louisian<br>Civil Division<br>PO Box 94005<br>Baton Rouge, LA 70804-9005 | Walter David Stephens<br>P.O. Box 444<br>103 E. Denman<br>Lufkin, TX 75901-3993 |
| Stuart Lippman & Assoc<br>5447 E 5th Street, no 110<br>Tucson, AZ 85711-2345 | Sunoco<br>4123 Old Tyler Rd<br>Nacogdoches, TX 75964-1435 | Syncrony Bank<br>PO Box 965064<br>Orlando, FL 32896-5064 |

| | | |
|---|---|---|
| Synerprise Consulting Services, Inc<br>Attn: Bankruptcy<br>5651 Broadmoor<br>Mission, KS 66202-2407 | Texas Workforce Commission<br>PO Box 149080<br>Austin, TX 78714-9080 | Trail Co<br>116 Chad Drive<br>Mansfield, LA 71052-4565 |
| Transworld Systems<br>PO Box 15520<br>Wilmington, DE 19850-5520 | U. S. Trustee  EDTX<br>300 Plaza Tower<br>110 N. College Ave<br>Tyler, TX 75702-7226 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | United States Attorney BMT<br>350 Magnolia Ave, Ste 150<br>Beaumont, TX 77701-2254 | Velvin Oil Co Inc<br>PO Box 993<br>Henderson, TX 75653-0993 |
| W. David Stephens<br>P. O. Box 444<br>103 E Denman Ave<br>Lufkin, Texas 75901-3993 | Woodco Leasing<br>PO Box 2279<br>Woodville, TX 75979-2279 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americredit Financial<br>Bankruptcy<br>PO Box 183593<br>Arlington, TX 76096 | BancorpSouth<br>Attn: Bankruptcy<br>178 Commerce St<br>Batesville, MS 38606 | IRS<br>1919 Smith St<br>Mail Stop 5024 HOU<br>Houston, TX 77002 |
| State Comptroller Public Accts<br>Capitol Station<br>Austin, TX 78774 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Bradley C Smith<br>12526 N FM 95<br>Nacogdoches, TX 75961-8753 | End of Label Matrix<br>Mailable recipients     70<br>Bypassed recipients      1<br>Total                   71 |