B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

In re **Bradley C Smith**　　　　　　　　　　　　　　Case No. **21-90242**

　　　　　　　　　　　　　　　　　　　　　　　　　Chapter **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept............................................................... | **$8,000.00** |
| Prior to the filing of this statement I have received....................................................... | **$1,094.00** |
| Balance Due................................................................................................................. | **$6,906.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor　　　☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor　　　☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. [Other provisions as needed]

   **Unless an application for approval of attorney's fees. be filed within 45 days from the filing of the Trustee's Reconciliation Concening Claims or the approval of a Motion to Modify filed by Debtor, whichever is the latest date, the following will apply:**
   **Per TXEB Local Rule 2016(h) the fees sought are limited to the total amount of $3,500 for all pre-petition and post-petition services and expenses rendered or incurred prior to the occurrence of the earlier of the two events: (1) the first successful post confirmation modification of plan occurring subsequent to filing of the TRCC; or (2) the filing of the certification by the Chapter 13 Trustee that all proofs of claim have been reconciled with the terms of the confirmed plan. Notwithstanding the above limitation, if stay litigation services are performed by Debtor's counsel prior the earlier of the above two events, then the total fees sought will be limited to $4,000. Furthermore, if the Debtor(s) are certified by the Chapter 13 Trustee as Debtor(s) engaged in business in the Trustee's Confirmation Report, the total fee to be received as a threshold amount shall be increased by an additional $500, all as set forth in said 2016(h).**

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

| | |
|---|---|
| **CERTIFICATION** | |
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. | |

| **12/30/2021** | **/s/ W. David Stephens** | |
|---|---|---|
| *Date* | *W. David Stephens* | Bar No. 19162100 |
| | W. David Stephens | |
| | P. O. Box 444 | |
| | 103 E Denman | |
| | Lufkin, Texas 75901 | |
| | Phone: (936) 639-5898 / Fax: (936) 634-7100 | |