IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 21-90242 |
| | § | |
| BRADLEY C SMITH | § | CHAPTER 13 |
| 12526 N FM 95 | § | |
| Nacogdoches, Texas 75961 | § | |
| XXX-XX-9750 | § | |
|     DEBTOR | § | |

## FORD MOTOR CREDIT COMPANY, LLC'S
## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Pursuant to Fed. R. Bankr. P. 9010(b), please take notice that the undersigned firm of attorneys is appearing for the following party in the above Bankruptcy proceeding:

**FORD MOTOR CREDIT COMPANY, LLC**

This party is a creditor and party-in-interest in this case. Pursuant to § 1109(b) of the Bankruptcy Code and Rules 2002 and 9007 of Fed. R. Bankr. P., the undersigned hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the office address and telephone number set forth below.

Please take further notice that the foregoing request includes the notices and papers referred in the Rules specified above and also includes, without limitation, notice of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, email, delivery, telephone, facsimile or otherwise.

Respectfully submitted,

_/s/ George F. Dunn_
GEORGE F. DUNN
State Bar of Texas # 24097630
gdunn@dntlaw.com [E-Mail]
ATTORNEY FOR CREDITOR
AND PARTY-IN-INTEREST
FORD MOTOR CREDIT COMPANY, LLC

OF COUNSEL:

DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.
5120 Woodway Drive, Suite 9000
Houston, Texas 77056-1725
(713) 622-8338 [Phone]
(713) 586-7053 [Fax]

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2022, a true and correct copy of the above and foregoing document shall be served by electronic means, if available, otherwise by first class mail to:

| | | | |
|---|---|---|---|
| **(1)** | **Counsel for Debtor (via ECF)**<br>WALTER DAVID STEPHENS<br>P.O. Box 444, 103 E. Denman<br>Lufkin, Texas 75902 | **(4)** | **Chapter 13 Trustee (via ECF)**<br>LLOYD KRAUS<br>110 N. College Ave., 12th Floor<br>Tyler, Texas 75702 |
| **(2)** | **Debtor (by regular first class mail)**<br>BRADLEY C SMITH<br>12526 N FM 95<br>Nacogdoches, Texas 75961 | **(5)** | **Parties Requesting Notice of Service (via ECF)** |
| **(3)** | **The United States Trustee (via ECF)**<br>Office of The United States Trustee<br>110 North College Avenue, Room 300<br>Tyler, Texas 75702 | | |

_/s/ George F. Dunn_
GEORGE F. DUNN