IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| Bradley C Smith aka Bradley Coy Smith | § | |
|     dba Bradley Smith | § | CASE NO. 21-90242 |
| Debtor(s) | § | Chapter 13 |

## NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE OF PAPERS

Now comes PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP and files this its appearance as counsel of record for NACOGDOCHES COUNTY, ET AL. and does state that it is authorized by contracts with the claimants to make this appearance on their behalf. Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, Rules 2002 and 9010(b) of the Bankruptcy Rules, and relevant local rules, the claimants respectfully request that all notices, pleadings, proposed orders, and confirmed copies of orders given or required to be given in these proceedings be directed to counsel at the following address:

> Nacogdoches County, et al.
> Perdue Brandon Fielder Collins & Mott, LLP
> PO Box 2007
> Tyler, TX 75710-2007
> mthomas@pbfcm.com & tylbkc@pbfcm.com

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleading, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with

respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully Submitted,

**PERDUE BRANDON FIELDER COLLINS & MOTT, LLP**
Attorneys for Claimant/s

By: /s/ Meme L. Thomas
    MEME L. THOMAS
    SBN: 24088440
    PO Box 2007
    Tyler, TX  75710-2007
    (903) 597-7664    FAX (903) 597-6298
    mthomas@pbfcm.com & tylbkc@pbfcm.com

## *CERTIFICATE OF SERVICE*

I do hereby certify that a true and correct copy of the foregoing has been sent to the parties listed below by the method indicated on this the 12th day of January, 2022.

By: /s/ Meme L. Thomas
    MEME L. THOMAS
    SBN: 24088440

BY FIRST-CLASS MAIL
Debtor/s: Bradley C Smith, 12526 N FM 95, Nacogdoches, TX  75961

BY ELECTRONIC SERVICE
Attorney for Debtor/s: Walter David Stephens, P.O. Box 444, 103 E. Denman, Lufkin, TX  75902-0444
Trustee: Lloyd Kraus, Plaza Tower, 110 N. College Ave. 12th Floor, Tyler, TX  75702
Parties Requesting Notice:
PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA  23541
    EMAIL: Claims_RMSC@PRAGroup.com
And to all other parties accepting electronic service through CM/ECF.