IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 21-90242 |
| BRADLEY C. SMITH § | CHAPTER 13 |
| DEBTOR § | |

## **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

Please take notice that ANGELINA SAVINGS BANK appears herein by its counsel of record, DON W. DURAN, and, demands pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102(1), 342 and 1109(b), of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case, to be given to and served upon the undersigned at the following office address, telephone number, and fax number: DON W. DURAN, P. O. Box 757, Lufkin, Texas 75902-0757, (936) 632-8775, FAX (936) 632-8779.

Please take further notice, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes without limitation orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telex, or otherwise:

(1) which affect or seek to affect in any way any rights or interest of ANGELINA SAVINGS BANK with respect to (a) the debtor; (b) property or proceeds thereof in which the debtor may claim an interest; or (c) property or proceeds thereof in possession, custody or control of ANGELINA SAVINGS BANK, which debtor may seek to use; or

(2) which require or seek to require any act, delivery of any property, payment or other conduct by ANGELINA SAVINGS BANK.

DATED: January 10, 2022

                                       Respectfully submitted,

                                       LAW OFFICE OF DON W. DURAN

                                       By: /S/ Don W. Duran
                                              DON W. DURAN
                                              Attorney for Angelina Savings Bank
                                              P. O. Box 757
                                              Lufkin, TX 75902-0757
                                              Tel: (936) 632-8775
                                              Fax: (936) 632-8779
                                              State Bar No: 06270500
                                              Email: duran@consolidated.net

## CERTIFICATE OF SERVICE

      I hereby certify that on this 11th day of January, 2022, that the following persons and all parties shown on the official service list filed herein were served via electronic means, if available, otherwise by regular, first class mail.

Debtor's Attorney

**Mr. W. David Stephens**
**Attorney at Law**
**103 E. Denman Ave**
**Lufkin, TX 75901**

Chapter l3 Trustee
Plaza Tower
110 N. College Ave., 12th Floor
Tyler, TX 75702

Debtors

                                              /s/ Don W. Duran
                                              Don W. Duran