EXHIBIT C

Debtor 1   **Bradley C Smith**   Case number (if known) _____

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.
   If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|
| **4.1** | | **$27,000.00** |
| **Arrington Lumber**<br>Nonpriority Creditor's Name<br>**445 County Rd 1538**<br>Number  Street | Last 4 digits of account number  __ __ __ __<br>When was the debt incurred?  **2016** | |
| | As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Jacksonville         TX    75766**<br>City              State   ZIP Code | Type of NONPRIORITY unsecured claim: | |
| Who incurred the debt?  Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim is for a community debt<br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | ☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>☑ Other. Specify  **Chips** | |
| **4.2** | | **$1,000.00** |
| **Bank of America**<br>Nonpriority Creditor's Name<br>**Attn: Bankruptcy**<br>Number  Street<br>**NC4-105-03-14 PO Box 26012** | Last 4 digits of account number  **8  1  3  0**<br>When was the debt incurred?  **11/2016** | |
| | As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Greensboro          NC    27420**<br>City              State   ZIP Code | Type of NONPRIORITY unsecured claim: | |
| Who incurred the debt?  Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim is for a community debt<br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | ☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>☑ Other. Specify  **Automobile related** | |

Debtor 1 **Bradley C Smith** _____ Case number (if known) _____

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☒ Yes. Fill in the details.

| Person Who Received Transfer | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Texas Auto**<br>11655 N Freeway<br>Houston, TX 77060<br>Person's relationship to you **none** | we traded a 2016 Cadillac with at 33,411.49 debt to Bank of America to Texas Auto [financed by Americredit Fin Svc] to get a lower note. Now our son agrees to pay that note | | 12/2021 |
| **Richtie Brother Auctions**<br>Houston, TX<br>Person's relationship to you **none** | I sold a 2008 ITI Trailer ; 2001 Trailer; 2 other trailers for $21,180 | see above; Commerical Bank was paid approx $11,000 [b/c they were lienholders on 2 of the the trailers] | July 2021 |
| **Nacogdoches Livestock Exhange**<br>Nacogdoches, TX<br>Person's relationship to you **none** | approx 16 head of cattle | $9805.09 - all money went to Commericial Bank of Texas on their note | 4/29/2021 |
| **Nacogdoches Livestock Exchange**<br>Nacogdoches, TX<br>Person's relationship to you **none** | approx 26 head cows | approx $17,476.20; money went to Bank | 8/5/2021 |

Official Form 107     Statement of Financial Affairs for Individuals Filing for Bankruptcy     page 7