| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1: | **Bradley C Smith** <br> First Name  Middle Name  Last Name | | Social Security number or ITIN: xxx–xx–9750 <br> EIN: __–_____ | |
| Debtor 2: <br> (Spouse, if filing) | First Name  Middle Name  Last Name | | Social Security number or ITIN: ____ <br> EIN: __–_____ | |
| United States Bankruptcy Court: Eastern District of Texas | | | Date case filed for chapter: 13  12/30/21 | |
| Case number: 21–90242 | | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Bradley C Smith | |
| 2. | **All other names used in the last 8 years** | aka Bradley Coy Smith, dba Bradley Smith | |
| 3. | **Address** | 12526 N FM 95 <br> Nacogdoches, TX 75961 | |
| 4. | **Debtor's attorney** <br> Name and address | Walter David Stephens <br> P.O. Box 444 <br> 103 E. Denman <br> Lufkin, TX 75902–0444 | Contact phone (936) 639–5898 <br> Email: wdavids@consolidated.net |
| 5. | **Bankruptcy trustee** <br> Name and address | Lloyd Kraus <br> Plaza Tower <br> 110 N. College Ave., 12th Floor <br> Tyler, TX 75702 | Contact phone 903–593–7777 <br> Email: docs@ch13tyler.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 300 Willow <br> Suite 112 <br> Beaumont, TX 77701 | Hours open: <br> 8:00 – 4:00 <br><br> Contact phone 409–839–2617 <br><br> Date: 1/10/22 |

**For more information, see page 2**

| 7. | Meeting of creditors
Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 2, 2022 at 01:00 PM**

The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:
**Hearing by Video Conference** |
|---|---|---|---|
| 8. | Deadlines
The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**
You must file:
- a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or
- a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/4/22** |
| | | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/10/22** |
| | | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/28/22** |
| | | **Deadlines for filing proof of claim:**
 A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. A proof of claim may be filed electronically. Click the "File a Claim" button on the home page at https://www.txeb.uscourts.gov/ to submit a claim. Contact the bankruptcy clerk's office for further instructions.
If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.
Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | | **Deadline to object to exemptions:**
The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 9. Filing of plan | | The debtor has filed a plan and will be sent separately. The hearing on confirmation will be held on:
**3/31/22** at **09:30 AM** , Location: **Hearing Link: https://bit.ly/3Gu0Spe, Instructions at www.txeb.uscourts.gov**

**Objections to confirmation must be filed in writing with the Court no later than (14) days prior to the scheduled hearing to consider confirmation of the plan.** | |
| 10. Creditors with a foreign address | | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. Filing a chapter 13 bankruptcy case | | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. Exempt property | | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| 13. Discharge of debts | | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

NOTICE: Pursuant to L.R.B.P. 6007 the Trustee may announce at this meeting his intention to abandon specific property of the estate having a total value of not more than $1500.

United States Bankruptcy Court  
Eastern District of Texas

In re:  Case No. 21-90242-jps  
Bradley C Smith  Chapter 13  
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-9     User: admin     Page 1 of 4  
Date Rcvd: Jan 10, 2022     Form ID: 309I     Total Noticed: 77

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bradley C Smith, 12526 N FM 95, Nacogdoches, TX 75961-8753 |
| aty | | Abbey U. Dreher, Barrett Daffin Frappier Turner & Engel, 4004 Beltline Road, Suite 100, Addison, TX 75001-4320 |
| aty | | George Dunn, Devlin, Naylor & Turbyfill, PLLC, 5120 Woodway, Suite 9000, Houston, TX 77056-1725 |
| tr | + | Lloyd Kraus, Plaza Tower, 110 N. College Ave., 12th Floor, Tyler, TX 75702-7226 |
| cr | + | Bank of America, N.A., c/o BDFTE, LLP, 4004 Belt Line Rd Ste. 100, Addison, TX 75001-4320 |
| cr | + | Ford Motor Credit Company LLC, c/o Devlin, Naylor & Turbyfill, P.L.L.C., Attn: George F. Dunn, 5120 Woodway, Suite 9000, Houston, TX 77056-1725 |
| 8107837 | + | Angelina Savings Bank, 1721 Tulane Dr, Lufkin, TX 75901-5607 |
| 8107838 | | Arrington Lumber, 445 County Rd 1538, Jacksonville, TX 75766 |
| 8107839 | + | Attorney General of Texas, Box 12548, Capitol Station, Austin, TX 78711-2548 |
| 8107840 | ++ | BANCORPSOUTH, BANKRUPTCY DEPARTMENT, P O BOX 4360, TUPELO MS 38803-4360 address filed with court:, BancorpSouth, Attn: Bankruptcy, 178 Commerce St, Batesville, MS 38606 |
| 8107842 | | Barfield Family Trust, 2106 N Palm Ct, Pasadena, TX 77502-5614 |
| 8107843 | | Barfield, Sherry 4B Ranch, 2106 N Palm Ct, Pasadena, TX 77502-5614 |
| 8107845 | + | Brown, Thomas, Atty for Velvin Oil Co Inc, 116 N Kilgore St, Kilgore, TX 75662-5822 |
| 8107846 | + | Bufkin, James A, Attorney for Hughes Petroleum, PO Box 154138, Lufkin, TX 75915-4138 |
| 8107847 | + | CAC Financial Corp, 2601 Northwest Expressway, Suite 1000E, Oklahoma City, OK 73112-7236 |
| 8107849 | | CJR Management, 378 CR 4117, Timpson, TX 75975 |
| 8107850 | | CJR Management, 378 CR 4117, Timpson, Texas 75975 |
| 8107848 | + | Center Broadcasting Co, PO Box 930, Center, Texas 75935-0930 |
| 8107852 | + | Commercial Bk Texas Na, 109 W Parker, Elkhart, TX 75839-7608 |
| 8107855 | + | District Clerk Rusk Co, CV 2021-185, PO Box 1687, Henderson, TX 75653-1687 |
| 8107856 | + | Element Financial Corp, 655 Business Center Dr, Horsham, PA 19044-3409 |
| 8109348 | + | FORD MOTOR CREDIT COMPANY, LLC, c/o George F. Dunn, 5120 Woodway Dr., Suite 9000, Houston, Texas 77056-1725 |
| 8107858 | | First Insurance Funding, 135 S,. LaSalle ST, Dept 8075, Chicago, IL 60674-8075 |
| 8107860 | + | Gillespie, Robin, PO Box 631107, Nacogdoches, TX 75963-1107 |
| 8107861 | + | Gillespie, Robin Trustee, PO Box 631107, Nacogdoches, TX 75963-1107 |
| 8107862 | + | Hughes Petroleum Products Inc, PO Box 900, Corrigan, TX 75939-0900 |
| 8107867 | + | John Deer Credit, PO Box 5327, Madison, WI 53705-0327 |
| 8107868 | + | Kristy Smith, 12526 FM 95, Nacogdoches, TX 75961-8753 |
| 8107870 | + | Lloyd Gillespie, PO Box 631107, Nacogdoches, TX 75963-1107 |
| 8107869 | | Lloyd Gillespie, 8211 S US Hwy 59, Nacogdoches, TX 75964-8718 |
| 8107871 | + | Lloyd Kraus, Chapter 13 Trustee, 110 N College Ste 1200, Tyler, TX 75702-7242 |
| 8107872 | + | Lucky Stop, 1218 Douglas Rd, Nacogdoches, TX 75964-4904 |
| 8107875 | | Nacogdoches County et al, Perdue Brandon Fielder et al, PO Box 2007, Tyler, TX 75710-2007 |
| 8107877 | + | Online Collections Deep ET Coop, Attn: Bankruptcy, PO Box 1489, Winterville, NC 28590-1489 |
| 8107881 | + | PNC Equipment Fin LLC-Element, co Robert Walton Esq, 794 Penilyn, Ste 100, Blue Bell, PA 19422-1669 |
| 8107882 | + | PNC Equipment Finance, Customer Service -Bankruptcy, PO Box 609, Pittsburgh, PA 15230-0609 |
| 8107878 | + | Pederson, Bill, Atty, PO Box 630870, Nacogdoches, Texas 75963-0870 |
| 8107879 | + | Pederson, Bill, Atty, 118 E Hospital Street, no 400, Nacogdoches, TX 75961-5242 |
| 8107880 | | Perdue Brandon Fielder, Bullard City Ct, PO Box 9132, Amarillo, TX 79105-9132 |
| 8107883 | + | Polk County Clerk, Civil case 21-CC-CV-0053, 101 W Mill Street, Ste 265, Livingston, TX 77351-3233 |
| 8107884 | + | R & D Distributing, PO Box 1507, Center, TX 75935-1507 |
| 8107885 | | RMA Toll Processing, PO Box 734182, Dallas, TX 75373-4182 |
| 8107886 | + | RPM for Dish Network, 20816 44th Ave West, Lynnwood, WA 98036-7799 |
| 8107887 | + | Southside Bank, PO Box 1079, Tyler, TX 75710-1079 |
| 8107891 | + | Stuart Lippman & Assoc, 5447 E 5th Street, no 110, Tucson, AZ 85711-2345 |

| | | |
|---|---|---|
| 8107892 | + | Sunoco, 4123 Old Tyler Rd, Nacogdoches, TX 75964-1435 |
| 8107896 | + | Trail Co, 116 Chad Drive, Mansfield, LA 71052-4565 |
| 8107899 | + | United States Attorney BMT, 350 Magnolia Ave, Ste 150, Beaumont, TX 77701-2254 |
| 8107900 | + | Velvin Oil Co Inc, PO Box 993, Henderson, TX 75653-0993 |
| 8107901 | + | W. David Stephens, P. O. Box 444, 103 E Denman Ave, Lufkin, Texas 75901-3993 |
| 8107902 | + | Woodco Leasing, PO Box 2279, Woodville, TX 75979-2279 |

TOTAL: 51

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: wdavids@consolidated.net | Jan 10 2022 23:55:00 | Walter David Stephens, P.O. Box 444, 103 E. Denman, Lufkin, TX 75902-0444 |
| ust | + | Email/Text: ustpregion06.ty.ecf@usdoj.gov | Jan 10 2022 23:55:00 | US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231 |
| 8107836 | | EDI: PHINAMERI.COM | Jan 11 2022 04:48:00 | Americredit Financial, Bankruptcy, PO Box 183593, Arlington, TX 76096 |
| 8107841 | | EDI: BANKAMER.COM | Jan 11 2022 04:48:00 | Bank of America, Attn: Bankruptcy, NC4-105-03-14 PO Box 26012, Greensboro, NC 27420 |
| 8110094 | | EDI: BANKAMER.COM | Jan 11 2022 04:48:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 8107851 | + | Email/Text: VFOWLER@CBTX.COM | Jan 10 2022 23:56:00 | Commercial Bank of Texas, 215 E Main, Nacogdoches, Texas 75961-5223 |
| 8107853 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Jan 10 2022 23:55:00 | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 8107854 | + | EDI: CCS.COM | Jan 11 2022 04:48:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 8107857 | | Email/Text: bknotice@ercbpo.com | Jan 10 2022 23:56:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 8109349 | | EDI: FORD.COM | Jan 11 2022 04:48:00 | FORD MOTOR CREDIT COMPANY LLC, PO Box 62180, Colorado Springs, CO 80962 |
| 8107859 | + | EDI: FORD.COM | Jan 11 2022 04:48:00 | Ford Motor Credit, Attn: Bankrutcy, PO Box 54200, Omaha, NE 68154-8000 |
| 8107866 | | EDI: IRS.COM | Jan 11 2022 04:48:00 | IRS, 1919 Smith St, Mail Stop 5024 HOU, Houston, TX 77002 |
| 8109624 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2022 00:03:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 8107873 | + | EDI: MID8.COM | Jan 11 2022 04:48:00 | Midland Cr Mgmt Midland Funding, PO Box 2037, Warren, MI 48090-2037 |
| 8110487 | + | EDI: MID8.COM | Jan 11 2022 04:48:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 8107874 | + | EDI: MID8.COM | Jan 11 2022 04:48:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 8107876 | | EDI: NTXTOLWAY | Jan 11 2022 04:48:00 | North Texas Tollway Authority, PO Box 660244, Dallas, TX 75266-0244 |
| 8108359 | + | EDI: RECOVERYCORP.COM | Jan 11 2022 04:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 8107888 | + | Email/Text: sdietz@swrecovery.com | Jan 10 2022 23:56:00 | Southwest Recovery Service, 17311 Dallas Parkway, Suite 235, Dallax, TX 75248-1132 |
| 8107890 | + | Email/Text: landrys@ag.louisiana.gov | Jan 10 2022 23:55:00 | State of Louisian, Civil Division, PO Box 94005, |

| Recip ID | Bypass | Notice Sent | Recipient |
|---|---|---|---|
| | | | Baton Rouge, LA 70804-9005 |
| 8107893 | EDI: RMSC.COM | Jan 11 2022 04:48:00 | Syncrony Bank, PO Box 965064, Orlando, FL 32896-5064 |
| 8107894 | + Email/Text: amccoy@synerpriseconsulting.com | Jan 10 2022 23:56:00 | Synerprise Consulting Services, Inc, Attn: Bankruptcy, 5651 Broadmoor, Mission, KS 66202-2407 |
| 8107889 | Email/Text: pacer@cpa.state.tx.us | Jan 10 2022 23:56:00 | State Comptroller Public Accts, Capitol Station, Austin, TX 78774 |
| 8107895 | Email/Text: ridpacer@twc.state.tx.us | Jan 10 2022 23:56:00 | Texas Workforce Commission, PO Box 149080, Austin, TX 78714-9080 |
| 8107897 | Email/Text: bankruptcydepartment@tsico.com | Jan 10 2022 23:56:00 | Transworld Systems, PO Box 15520, Wilmington, DE 19850-5520 |
| 8107898 | + Email/Text: ustpregion06.ty.ecf@usdoj.gov | Jan 10 2022 23:55:00 | U. S. Trustee EDTX, 300 Plaza Tower, 110 N. College Ave, Tyler, TX 75702-7226 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 8107844 | *+ | Bradley C Smith, 12526 N FM 95, Nacogdoches, TX 75961-8753 |
| 8107865 | * | IRS, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 8107864 | * | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 8107863 | *+ | Internal Revenue Service, Tyler Division Case Only, 3372 S/SW Loop 323, Tyler, TX 75701-9222 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 12, 2022          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abbey U. Dreher | on behalf of Creditor Bank of America N.A. edecf@BDFGROUP.com, marshak@bdfgroup.com |
| George Dunn | on behalf of Creditor Ford Motor Credit Company LLC gdunn@dntlaw.com megan@dntlaw.com |
| Lloyd Kraus | docs@ch13tyler.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

Walter David Stephens     on behalf of Debtor Bradley C Smith wdavids@consolidated.net
wds01@consolidated.net;wds02@consolidated.net;stephensteresa01@gmail.com

TOTAL: 5