THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| IN RE:<br>BRADLEY C SMITH<br>xxx-xx-9750<br>12526 N FM 95<br>NACOGDOCHES, TX 75961<br><br><br><br><br>DEBTOR | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 21-90242<br><br><br><br>CHAPTER 13 |

## NOTICE OF 341 MEETING BY VIDEO HEARING

PLEASE TAKE NOTICE that, in response to Centers for Disease Control advisements to take precautions regarding the COVID-19 virus (coronavirus) outbreak by limiting exposure to the virus, the Trustee will conduct the regularly scheduled 341 meetings via video conference.

The meeting will occur at the same date and time as previously noticed.

Login information will be supplied to the Debtors through their attorney of record. For any other party that intends to attend the meeting, please contact either the Debtors' attorney or request the login information from the Trustee's office at:

**Email:** docs@ch13tyler.com
**Phone:** (903) 593-7777

If you are represented by an attorney, please contact your attorney with any additional questions. For any other issues, you may contact the Trustee's office during normal business hours.

/s/Lloyd Kraus
Lloyd Kraus, Chapter 13 Trustee, SBN 24066773
110 N. College Ave Suite 1200
Tyler, TX 75702
(903) 593-7777; FAX (903) 597-1313

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the 341Notice has been served upon the following parties in interest and to the attached mailing matrix by mailing a copy of same to them via first class mail or electronically on 1/14/2022:

W DAVID STEPHENS
P O BOX 444
LUFKIN, TX 759020000

BRADLEY C SMITH
12526 N FM 95
NACOGDOCHES, TX 75961

      /s/ Lloyd Kraus
Lloyd Kraus, Chapter 13 Trustee
SBN 24066773
Office of the Standing Chapter 13 Trustee
110 N. College Avenue, Suite 1200
Tyler, TX  75702
(903)593-7777, Fax (903) 597-1313