```
Label Matrix for local noticing          (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN    Angelina Savings Bank
0540-9                                   PO BOX 183853                                    P. O. Box 2460
Case 21-90242                            ARLINGTON TX 76096-3853                          Lufkin, TX 75902-2460
Eastern District of Texas
Lufkin
Fri Jan 14 07:59:40 CST 2022

Angelina Savings Bank                    Arrington Lumber                                 Attorney General of Texas
1721 Tulane Dr                           445 County Rd 1538                               Box 12548, Capitol Station
Lufkin, TX 75901-5607                    Jacksonville, TX 75766                           Austin, TX 78711-2548


(p)BANCORPSOUTH                          Bank of America                                  Bank of America, N.A.
BANKRUPTCY DEPARTMENT                    Attn: Bankruptcy                                 c/o BDFTE, LLP
P O BOX 4360                             NC4-105-03-14 PO Box 26012                       4004 Belt Line Rd Ste. 100
TUPELO MS 38803-4360                     Greensboro, NC 27420                             Addison, TX 75001-4320


Bank of America, N.A.                    Barfield Family Trust                            Barfield, Sherry 4B Ranch
PO BOX 31785                             2106 N Palm Ct                                   2106 N Palm Ct
Tampa, FL 33631-3785                     Pasadena, TX 77502-5614                          Pasadena, TX 77502-5614


Bradley C Smith                          Brown, Thomas                                    Bufkin, James A
12526 N FM 95                            Atty for Velvin Oil Co Inc                       Attorney for Hughes Petroleum
Nacogdoches, TX 75961-8753               116 N Kilgore St                                 PO Box 154138
                                         Kilgore, TX 75662-5822                           Lufkin, TX 75915-4138


CAC Financial Corp                       CJR Management                                   CJR Management
2601 Northwest Expressway                378 CR 4117                                      378 CR 4117
Suite 1000E                              Timpson, TX 75975                                Timpson, Texas 75975
Oklahoma City, OK 73112-7236


Center Broadcasting Co                   Commercial Bank of Texas                         Commercial Bk Texas Na
PO Box 930                               215 E Main                                       109 W Parker
Center, Texas 75935-0930                 Nacogdoches, Texas 75961-5223                    Elkhart, TX 75839-7608


Commonwealth Financial Systems           Credit Collection Services                       District Clerk Rusk Co
Attn: Bankruptcy                         Attn: Bankruptcy                                 CV 2021-185
245 Main Street                          725 Canton St                                    PO Box 1687
Dickson City, PA 18519-1641              Norwood, MA 02062-2679                           Henderson, TX 75653-1687


Abbey U. Dreher                          George Dunn                                      Don W. Duran
Barrett Daffin Frappier Turner & Engel   Devlin, Naylor & Turbyfill, PLLC                 P.O. Box 757
4004 Beltline Road, Suite 100            5120 Woodway                                     Lufkin, TX 75902-0757
Addison, TX 75001-4320                   Suite 9000
                                         Houston, TX 77056-1725


ERC                                      Element Financial Corp                           (p)FORD MOTOR CREDIT COMPANY
PO Box 23870                             655 Business Center Dr                           P O BOX 62180
Jacksonville, FL 32241-3870              Horsham, PA 19044-3409                           COLORADO SPRINGS CO 80962-2180
```

| | | |
|---|---|---|
| FORD MOTOR CREDIT COMPANY, LLC<br>c/o George F. Dunn<br>5120 Woodway Dr., Suite 9000<br>Houston, Texas 77056-1725 | First Insurance Funding<br>135 S,. LaSalle ST, Dept 8075<br>Chicago, IL 60674-8075 | Ford Motor Credit<br>Attn: Bankrutcy<br>PO Box 54200<br>Omaha, NE 68154-8000 |
| Ford Motor Credit Company LLC<br>c/o Devlin, Naylor & Turbyfill, P.L.L.C.<br>Attn: George F. Dunn<br>5120 Woodway, Suite 9000<br>Houston, TX 77056-1725 | Gillespie, Robin<br>PO Box 631107<br>Nacogdoches, TX 75963-1107 | Gillespie, Robin Trustee<br>PO Box 631107<br>Nacogdoches, TX 75963-1107 |
| Hughes Petroleum Products Inc<br>PO Box 900<br>Corrigan, TX 75939-0900 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | IRS<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Tyler Division Case Only<br>3372 S/SW Loop 323<br>Tyler, TX 75701-9222 | John Deer Credit<br>PO Box 5327<br>Madison, WI 53705-0327 |
| Paul K. Kim<br>Barrett Daffin Frappier Turner & Engel<br>15000 Surveyor Blvd. Suite 100<br>Addison, TX 75001-4417 | Lloyd Kraus<br>Plaza Tower<br>110 N. College Ave., 12th Floor<br>Tyler, TX 75702-7226 | Kristy Smith<br>12526 FM 95<br>Nacogdoches, TX 75961-8753 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lloyd Gillespie<br>8211 S US Hwy 59<br>Nacogdoches, TX 75964-8718 | Lloyd Gillespie<br>PO Box 631107<br>Nacogdoches, TX 75963-1107 |
| Lloyd Kraus<br>Chapter 13 Trustee<br>110 N College Ste 1200<br>Tyler, TX 75702-7242 | Lucky Stop<br>1218 Douglas Rd<br>Nacogdoches, TX 75964-4904 | Midland Cr Mgmt Midland Funding<br>PO Box 2037<br>Warren, MI 48090-2037 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Midland Fund<br>Attn: Bankruptcy<br>350 Camino De La Reine, Suite 100<br>San Diego, CA 92108-3007 | Nacogdoches County et al<br>Perdue Brandon Fielder et al<br>PO Box 2007<br>Tyler, TX 75710-2007 |
| Nacogdoches County, et al.<br>Perdue Brandon Fielder Collins & Mott<br>PO Box 2007<br>Tyler, TX 75710-2007 | North Texas Tollway Authority<br>PO Box 660244<br>Dallas, TX 75266-0244 | Online Collections Deep ET Coop<br>Attn: Bankruptcy<br>PO Box 1489<br>Winterville, NC 28590-1489 |
| PNC Equipment Fin LLC-Element<br>co Robert Walton Esq<br>794 Penilyn, Ste 100<br>Blue Bell, PA 19422-1669 | PNC Equipment Finance<br>Customer Service -Bankruptcy<br>PO Box 609<br>Pittsburgh, PA 15230-0609 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

| | | |
|---|---|---|
| Pederson, Bill, Atty<br>118 E Hospital Street, no 400<br>Nacogdoches, TX 75961-5242 | Pederson, Bill, Atty<br>PO Box 630870<br>Nacogdoches, Texas 75963-0870 | Perdue Brandon Fielder<br>Bullard City Ct<br>PO Box 9132<br>Amarillo, TX 79105-9132 |
| Polk County Clerk<br>Civil case 21-CC-CV-0053<br>101 W Mill Street, Ste 265<br>Livingston, TX 77351-3233 | R & D Distributing<br>PO Box 1507<br>Center, TX 75935-1507 | RMA Toll Processing<br>PO Box 734182<br>Dallas, TX 75373-4182 |
| RPM for Dish Network<br>20816 44th Ave West<br>Lynnwood, WA 98036-7799 | Southside Bank<br>PO Box 1079<br>Tyler, TX 75710-1079 | Southwest Recovery Service<br>17311 Dallas Parkway<br>Suite 235<br>Dallax, TX 75248-1132 |
| (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | State of Louisian<br>Civil Division<br>PO Box 94005<br>Baton Rouge, LA 70804-9005 | Walter David Stephens<br>P.O. Box 444<br>103 E. Denman<br>Lufkin, TX 75901-3993 |
| Stuart Lippman & Assoc<br>5447 E 5th Street, no 110<br>Tucson, AZ 85711-2345 | Sunoco<br>4123 Old Tyler Rd<br>Nacogdoches, TX 75964-1435 | Syncrony Bank<br>PO Box 965064<br>Orlando, FL 32896-5064 |
| Synerprise Consulting Services, Inc<br>Attn: Bankruptcy<br>5651 Broadmoor<br>Mission, KS 66202-2407 | Texas Workforce Commission<br>PO Box 149080<br>Austin, TX 78714-9080 | Meme Latasha Thomas<br>Perdue Brandon Fielder Collins & Mott, L<br>PO Box 2007<br>Tyler, TX 75710-2007 |
| Trail Co<br>116 Chad Drive<br>Mansfield, LA 71052-4565 | Transworld Systems<br>PO Box 15520<br>Wilmington, DE 19850-5520 | U. S. Trustee EDTX<br>300 Plaza Tower<br>110 N. College Ave<br>Tyler, TX 75702-7226 |
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | United States Attorney BMT<br>350 Magnolia Ave, Ste 150<br>Beaumont, TX 77701-2254 |
| Velvin Oil Co Inc<br>PO Box 993<br>Henderson, TX 75653-0993 | W. David Stephens<br>P. O. Box 444<br>103 E Denman Ave<br>Lufkin, Texas 75901-3993 | Woodco Leasing<br>PO Box 2279<br>Woodville, TX 75979-2279 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Americredit Financial | BancorpSouth | FORD MOTOR CREDIT COMPANY LLC |
| --- | --- | --- |
| Bankruptcy | Attn: Bankruptcy | PO Box 62180 |
| PO Box 183593 | 178 Commerce St | Colorado Springs, CO 80962 |
| Arlington, TX 76096 | Batesville, MS 38606 | |

| IRS | State Comptroller Public Accts | |
| --- | --- | --- |
| 1919 Smith St | Capitol Station | |
| Mail Stop 5024 HOU | Austin, TX 78774 | |
| Houston, TX 77002 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (d)Nacogdoches County, et al. | (d)PRA Receivables Management, LLC | (d)Bradley C Smith |
| --- | --- | --- |
| Perdue Brandon Fielder Collins & Mott | PO Box 41021 | 12526 N FM 95 |
| PO Box 2007 | Norfolk, VA 23541-1021 | Nacogdoches, TX 75961-8753 |
| Tyler, TX  75710-2007 | | |

End of Label Matrix  
Mailable recipients     86  
Bypassed recipients      3  
Total                   89