RITCHESON, LAUFFER & VINCENT, P.C.
Two American Center
821 ESE Loop 323, Suite 530
Tyler, Texas 75701
TEL:    903/535-2900
FAX:    903/533-8646
CHARLES E. LAUFFER, JR.
State Bar No. 11989400
ATTORNEYS FOR Southside Bank

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BRADLEY C. SMITH** | § | **CASE NO. 21-90242** |
| **SSN: XXX-XX-9750** | § | |
| | § | **CHAPTER 13** |
| **DEBTOR** | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO ALL PARTIES, please take notice that:

COMES NOW, CHARLES E. LAUFFER, JR., of RITCHESON, LAUFFER & VINCENT,

P.C. and files this its Notice of Appearance and Request for Notices as counsel for Southside Bank

in the above-referenced matter, and pursuant to Bankruptcy Rules 2002, 3017, 9010, and 2017

respectfully requests that all notices given or required to be given in these proceedings and all papers

served or required to be served in these proceedings be served upon the undersigned at the office,

postal address and telephone number listed below.

PLEASE TAKE FURTHER NOTICE that Southside Bank intends that neither this Notice

nor any later appearance, pleading, claim, or suit shall waive: (a) Southside Bank's right to have final

orders in non-core matters entered only after <u>de novo</u> review by a District Court; (b) Southside

Bank's right to trial by jury in any proceeding so triable in these cases or any case, controversy, or

proceeding related to these cases; (c) Southside Bank's rights to have the District Court withdraw the

reference in any matter subject to mandatory or discretionary withdrawal; or (d) any other rights,

claims, actions, defenses, set-offs, or recoupments to which Southside Bank is or may be entitled.

Respectfully submitted,

RITCHESON, LAUFFER & VINCENT, P.C.
Two American Center
821 ESE Loop 323, Suite 530
Tyler, Texas 75701
TEL: 903/535-2900
FAX: 903/533-8646
charlesl@rllawfirm.net

BY: _____
CHARLES E. LAUFFER, JR.
STATE BAR NO. 11989400

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was mailed by United States mail, postage prepaid and/or electronic means, to:

Bradley C. Smith
12526 N FM 95
Nacogdoches TX  75961

Lloyd Kraus
Plaza Tower
110 N. College Ave., 12th Floor
Tyler TX  75702

Walter David Stephens
PO BOX 444
103 E Denman
Lufkin TX  75902-0444

on this the ____17th____ day of __January__, 2022.

CHARLES E. LAUFFER, JR.