IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 21-90242 |
| BRADLEY COY SMITH | | |
| 12526 N. FM 95 | § | CHAPTER 13 |
| NACOGDOCHES, TX 75961 | | |
| xxx-xx-9750 | | |
| DEBTOR | § | |

## NOTICE OF APPEARANCE UNDER FEDERAL BANKRUPTCY RULE 9010(b) COMBINED WITH REQUEST FOR NOTICE OF ALL MATTERS

COMMERCIAL BANK OF TEXAS, N.A. hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon its attorney of record, as follows:

> JAMES W. KING
> OFFERMAN & KING, L.L.P.
> 6420 Wellington Place
> Beaumont, TX 77706

This request includes but is not limited to all notices, copies and pleadings referred to in Title 11, United States Code and the Federal Bankruptcy Rules, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise. This request specifically includes copies of all disclosure statements and reorganization plans.

OFFERMAN & KING, L.L.P.

BY: /s/ James W. King                .
    JAMES W. KING
    TBA NO. 00791029
    6420 WELLINGTON PLACE
    BEAUMONT, TEXAS 77706
    PHONE: (409) 860-9000
    FAX: (409) 860-9199
    jwk@offermanking.com
ATTORNEY IN CHARGE FOR
COMMERCIAL BANK OF TEXAS, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing have been forwarded to the following parties by electronic means or by first-class mail:

Attorney for Debtor:

Walter David Stephens
P.O. Box 444
Lufkin, TX 75902

Chapter 13 Trustee:

Lloyd Kraus
110 N. College, 12th Floor
Tyler, TX  75702

Debtor:

Bradley Coy Smith
12526 N. FM 95
Nacogdoches, TX 75961

SIGNED AND DONE on this 25th day of January, 2022.

/s/ James W. King            .
James W. King