IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 21-90242 |
| | § | |
| BRADLEY COY SMITH | § | |
| 12526 N. FM 95 | § | CHAPTER 13 |
| NACOGDOCHES, TX 75961 | § | |
| xxx-xx-9750 | § | |
| DEBTOR | § | |

## **AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY COMMERCIAL BANK OF TEXAS, N.A.**

| | |
|---|---|
| STATE OF TEXAS | § |
| COUNTY OF JEFFERSON | § |

BEFORE ME, the undersigned authority, on this day personally appeared the undersigned affiant, who swore on oath that the following facts are true:

"My name is James W. King. I am of sound mind, capital of making this affidavit. After review the payment history of Movant, the following payments have become due since the filing of the above case:

N/A – motion being filed for Debtor lapsing on insurance.

"The following payments have been received by Movant since the filing of the above case:

N/A – motion being filed for Debtor lapsing on insurance.

/s/ James W. King
James W. King

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 25th day of January, 2022.

/s/ Renee Roberts
Renee Roberts
Notary Public, State of Texas
My commission expires: 09-21-2024