IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

IN RE: § CASE NO. 21-90242

BRADLEY COY SMITH
12526 N. FM 95 § CHAPTER 13
NACOGDOCHES, TX 75961
xxx-xx-9750
DEBTOR §

## ORDER GRANTING MOTION OF COMMERICAL BANK OF TEXAS, N.A. FOR RELIEF FROM AUTOMATIC STAY AGAINST PROPERTY

On January 25, 2022, a Motion for Relief from Automatic Stay Against Property (the "Motion") was filed by Commercial Bank of Texas, N.A. (the "Movant") in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14)-day negative notice language, pursuant to the Local Rule of Bankruptcy Procedure 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen (14) days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Motion for Relief from Automatic Stay Against Property filed by Commercial Bank of Texas, N.A. on January 25, 2022, and all relief requested therein is hereby **GRANTED** so as to authorize Movant to proceed under applicable non-bankruptcy law against the property described in the Motion ("Collateral").

**IT IS FURTHER ORDERED** that, since the Motion was unopposed by any party, the fourteen (14)-day time period otherwise imposed by Fed. R. Bank. P. 4001(a)(3) shall not be applicable to this Order.