Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

300 Willow
Suite 112
Beaumont, TX 77701

Bankruptcy Proceeding No.: 21−90242
Chapter: 13
Judge: Joshua P. Searcy

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Bradley C Smith
aka Bradley Coy Smith, dba Bradley Smith
12526 N FM 95
Nacogdoches, TX 75961

Social Security / Individual Taxpayer ID No.:
xxx−xx−9750

Employer Tax ID / Other nos.:

PLEASE TAKE NOTICE that a hearing will be held at

Hearing Link: https://bit.ly/3lsOVrV, Instructions at www.txeb.uscourts.gov

on 2/17/22 at 02:00 PM

to consider and act upon the following:

Final Hearing Set (RE: related document(s)17 Motion for Relief from Automatic Stay With Waiver of 30−Day Hearing Requirement As To Equipment and livestock filed by Creditor Commercial Bank of Texas, N.A.). Hearing scheduled for 2/17/2022 at 02:00 PM at Virtual Hearing Location (BMT Feb. 17). (md)

Dated: 1/26/22

Jason K. McDonald
Clerk, U.S. Bankruptcy Court