```
Label Matrix for local noticing          Angelina Savings Bank               Angelina Savings Bank
0540-9                                   P. O. Box 2460                      1721 Tulane Dr
Case 21-90242                            Lufkin, TX 75902-2460               Lufkin, TX 75901-5607
Eastern District of Texas
Lufkin
Thu Feb  3 11:00:50 CST 2022

Angelina Savings Bank                    Arrington Lumber                    Attorney General of Texas
c/o Don Duran                            445 County Rd 1538                  Box 12548, Capitol Station
111 S. 2nd                               Jacksonville, TX 75766              Austin, TX 78711-2548
Lufkin, TX 75901-3077


 (p)BANCORPSOUTH                         Bank of America                     Bank of America, N.A.
BANKRUPTCY DEPARTMENT                    Attn: Bankruptcy                    c/o BDFTE, LLP
P O BOX 4360                             PO Box 31785                        4004 Belt Line Rd Ste. 100
TUPELO MS 38803-4360                     Tampa, FL 33631-3785                Addison, TX 75001-4320


Bank of America, N.A.                    Barfield Family Trust               Barfield, Sherry 4B Ranch
PO BOX 31785                             2106 N Palm Ct                      2106 N Palm Ct
Tampa, FL 33631-3785                     Pasadena, TX 77502-5614             Pasadena, TX 77502-5614



Bradley C Smith                          Thomas Hugo Brown                   Brown, Thomas
12526 N FM 95                            116 N. Kilgore Street               Atty for Velvin Oil Co Inc
Nacogdoches, TX 75961-8753               Kilgore, TX 75662-5822              116 N Kilgore St
                                                                             Kilgore, TX 75662-5822


Bufkin, James A                          CAC Financial Corp                  CJR Management
Attorney for Hughes Petroleum            2601 Northwest Expressway           378 CR 4117
PO Box 154138                            Suite 1000E                         Timpson, TX 75975
Lufkin, TX 75915-4138                    Oklahoma City, OK 73112-7236


CJR Management                           Center Broadcasting Co              Commercial Bank of Texas
378 CR 4117                              PO Box 930                          215 E Main
Timpson, Texas 75975                     Center, Texas 75935-0930            Nacogdoches, Texas 75961-5223


Commercial Bank of Texas, N.A.           Commercial Bank of Texas, N.A.      Commercial Bk Texas Na
c/o James W. King                        P.O. Box 635050                     109 W Parker
6420 Wellington Place                    Nacogdoches, TX 75963-5050          Elkhart, TX 75839-7608
Beaumont, TX 77706-3206


Commonwealth Financial Systems           Credit Collection Services          District Clerk Rusk Co
Attn: Bankruptcy                         Attn: Bankruptcy                    CV 2021-185
245 Main Street                          725 Canton St                       PO Box 1687
Dickson City, PA 18519-1641              Norwood, MA 02062-2679              Henderson, TX 75653-1687


Abbey U. Dreher                          George Dunn                         Don W. Duran
Barrett Daffin Frappier Turner & Engel   Devlin, Naylor & Turbyfill, PLLC    P.O. Box 757
4004 Beltline Road, Suite 100            5120 Woodway                        Lufkin, TX 75902-0757
Addison, TX 75001-4320                   Suite 9000
                                         Houston, TX 77056-1725
```

```
ERC                                  Element Financial Corp              (p)FORD MOTOR CREDIT COMPANY
PO Box 23870                         655 Business Center Dr              P O BOX 62180
Jacksonville, FL 32241-3870          Horsham, PA 19044-3409              COLORADO SPRINGS CO 80962-2180


FORD MOTOR CREDIT COMPANY, LLC       First Insurance Funding             Ford Motor Credit
c/o George F. Dunn                   135 S,. LaSalle ST, Dept 8075       Attn: Bankrutcy
5120 Woodway Dr., Suite 9000         Chicago, IL 60674-8075              PO Box 54200
Houston, Texas 77056-1725                                                Omaha, NE 68154-8000


Ford Motor Credit Company LLC        Lloyd Gillespie                     Gillespie, Robin
c/o Devlin, Naylor & Turbyfill, P.L.L.C.   c/o SPF                       PO Box 631107
Attn: George F. Dunn                 Attn: Bill Pedersen, Jr.            Nacogdoches, TX 75963-1107
5120 Woodway, Suite 9000             P. O. Box 630870
Houston, TX 77056-1725               Nacogdoches, TX 75963-0870


Gillespie, Robin Trustee             Hughes Petroleum Products Inc       Hughes Petroleum Products, Inc.
PO Box 631107                        PO Box 900                          P.O. Box 154138
Nacogdoches, TX 75963-1107           Corrigan, TX 75939-0900             Lufkin, TX 75915-4138


IRS                                  IRS                                 Internal Revenue Service
Internal Revenue Service             PO Box 7346                         Tyler Division Case Only
PO Box 7346                          Philadelphia, PA 19101-7346         3372 S/SW Loop 323
Philadelphia, PA 19101-7346                                              Tyler, TX 75701-9222


James A. Bufkin                      John Deer Credit                    Paul K. Kim
104 W. Lufkin Avenue                 PO Box 5327                         Barrett Daffin Frappier Turner & Engel
Lufkin, TX 75904-2935                Madison, WI 53705-0327              15000 Surveyor Blvd. Suite 100
                                                                         Addison, TX 75001-4417


James W. King                        Lloyd Kraus                         Kristy Smith
Offerman & King, L.L.P.              Plaza Tower                         12526 FM 95
6420 Wellington Place                110 N. College Ave., 12th Floor     Nacogdoches, TX 75961-8753
Beaumont, TX 77706-3206              Tyler, TX 75702-7226


LVNV Funding, LLC                    Charles E. Lauffer Jr.              Lloyd Gillespie
Resurgent Capital Services           Ritcheson, Lauffer & Vincent, P.C.  8211 S US Hwy 59
PO Box 10587                         Two American Center                 Nacogdoches, TX 75964-8718
Greenville, SC 29603-0587            821 ESE Loop 323, Suite 530
                                     Tyler, TX 75701-9779


Lloyd Gillespie                      Lloyd Kraus                         Lucky Stop
PO Box 631107                        Chapter 13 Trustee                  1218 Douglas Rd
Nacogdoches, TX 75963-1107           110 N College Ste 1200              Nacogdoches, TX 75964-4904
                                     Tyler, TX 75702-7242


Midland Cr Mgmt Midland Funding      Midland Credit Management, Inc.     Midland Fund
PO  Box 2037                         PO Box 2037                         Attn: Bankruptcy
Warren, MI 48090-2037                Warren, MI 48090-2037               350 Camino De La Reine, Suite 100
                                                                         San Diego, CA 92108-3007
```

| | | |
|---|---|---|
| Nacogdoches County et al<br>Perdue Brandon Fielder et al<br>PO Box 2007<br>Tyler, TX 75710-2007 | Nacogdoches County, et al.<br>Perdue Brandon Fielder Collins & Mott<br>PO Box 2007<br>Tyler, TX 75710-2007 | North Texas Tollway Authority<br>PO Box 660244<br>Dallas, TX 75266-0244 |
| Online Collections Deep ET Coop<br>Attn: Bankruptcy<br>PO Box 1489<br>Winterville, NC 28590-1489 | PNC EQUIPMENT FINANCE LLC<br>ROBERT E WALTON/MATTHEW A FOLEY<br>FLAMM WALTON HEIMBACH<br>794 PENLLYN PIKE, SUITE 100<br>BLUE BELL, PA 19422-1669 | PNC Equipment Fin LLC-Element<br>co Robert Walton Esq<br>794 Penilyn, Ste 100<br>Blue Bell, PA 19422-1669 |
| PNC Equipment Finance<br>Customer Service -Bankruptcy<br>PO Box 609<br>Pittsburgh, PA 15230-0609 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Bill Pedersen Jr.<br>P. O. Box 630870<br>Nacogdoches, TX 75963-0870 |
| Pederson, Bill, Atty<br>118 E Hospital Street, no 400<br>Nacogdoches, TX 75961-5242 | Pederson, Bill, Atty<br>PO Box 630870<br>Nacogdoches, Texas 75963-0870 | Perdue Brandon Fielder<br>Bullard City Ct<br>PO Box 9132<br>Amarillo, TX 79105-9132 |
| Polk County Clerk<br>Civil case 21-CC-CV-0053<br>101 W Mill Street, Ste 265<br>Livingston, TX 77351-3233 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | R & D Distributing<br>PO Box 1507<br>Center, TX 75935-1507 |
| R&D Distributing, Ltd.<br>c/o Ritcheson, Lauffer & Vincent, PC<br>821 ESE Loop 323, Suite 530<br>Tyler, TX 75701-9779 | R&D Distributing, Ltd.<br>c/o Charles E. Lauffer, Jr.<br>821 ESE Loop 323, Suite 530<br>Tyler, TX 75701-9779 | RMA Toll Processing<br>PO Box 734182<br>Dallas, TX 75373-4182 |
| ROBERT E WALTON/MATTHEW A FOLEY<br>FLAMM WALTON HEIMBACH<br>794 PENLLYN PIKE<br>SUITE 100<br>BLUE BELL, PA 19422-1669 | RPM for Dish Network<br>20816 44th Ave West<br>Lynnwood, WA 98036-7799 | Southside Bank<br>c/o Charles E. Lauffer, Jr.<br>Two American Center<br>821 ESE Loop 323, Suite 530<br>Tyler, TX 75701-9779 |
| Southside Bank<br>PO Box 1079<br>Tyler, TX 75710-1079 | Southside Bank<br>c/o Charles E. Lauffer, Jr.<br>821 ESE Loop 323, Suite 530<br>Tyler TX 75701-9779 | Southwest Recovery Service<br>17311 Dallas Parkway<br>Suite 235<br>Dallax, TX 75248-1132 |
| (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | State of Louisian<br>Civil Division<br>PO Box 94005<br>Baton Rouge, LA 70804-9005 | Walter David Stephens<br>P.O. Box 444<br>103 E. Denman<br>Lufkin, TX 75901-3993 |
| Stuart Lippman & Assoc<br>5447 E 5th Street, no 110<br>Tucson, AZ 85711-2345 | Sunoco<br>4123 Old Tyler Rd<br>Nacogdoches, TX 75964-1435 | Syncrony Bank<br>PO Box 965064<br>Orlando, FL 32896-5064 |

| | | |
|---|---|---|
| Synerprise Consulting Services, Inc<br>Attn: Bankruptcy<br>5651 Broadmoor<br>Mission, KS 66202-2407 | Texas Auto North<br>11655 North Fwy<br>Houston, TX 77060-3705 | Texas Workforce Commission<br>PO Box 149080<br>Austin, TX 78714-9080 |
| Meme Latasha Thomas<br>Perdue Brandon Fielder Collins & Mott, L<br>PO Box 2007<br>Tyler, TX 75710-2007 | Trail Co<br>116 Chad Drive<br>Mansfield, LA 71052-4565 | Transworld Systems<br>PO Box 15520<br>Wilmington, DE 19850-5520 |
| U. S. Trustee  EDTX<br>300 Plaza Tower<br>110 N. College Ave<br>Tyler, TX 75702-7226 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| United States Attorney BMT<br>350 Magnolia Ave, Ste 150<br>Beaumont, TX 77701-2254 | Velvin Oil Co Inc<br>PO Box 993<br>Henderson, TX 75653-0993 | W. David Stephens<br>P. O. Box 444<br>103 E Denman Ave<br>Lufkin, Texas 75901-3993 |
| Woodco Leasing<br>PO Box 2279<br>Woodville, TX 75979-2279 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BancorpSouth<br>Attn: Bankruptcy<br>178 Commerce St<br>Batesville, MS 38606 | FORD MOTOR CREDIT COMPANY LLC<br>PO Box 62180<br>Colorado Springs, CO 80962 | State Comptroller Public Accts<br>Capitol Station<br>Austin, TX 78774 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (d)Nacogdoches County, et al.<br>Perdue Brandon Fielder Collins & Mott<br>PO Box 2007<br>Tyler, TX  75710-2007 | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| (d)Bradley C Smith<br>12526 N FM 95<br>Nacogdoches, TX 75961-8753 | (d)Velvin Oil Company, Inc.<br>P.O. Box 993<br>Henderson, TX 75653-0993 | End of Label Matrix<br>Mailable recipients   102<br>Bypassed recipients     5<br>Total                  107 |