# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 21-90242-JS** |
| **BRADLEY C. SMITH, AKA BRADLEY** | § | |
| **COY SMITH, DBA BRADLEY SMITH,** | § | |
| | § | |
| | § | **CHAPTER 13** |
| **DEBTOR** | § | |

## NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN FILED BY BANK OF AMERICA, N.A. (2016 CADILLAC ESCALADE; VIN 1GYS4KKJ7GR385846)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

This shall serve as Notice that the Objection to Confirmation of Debtor's Chapter 13 Plan filed by Bank of American, N.A. (Docket # 11) is hereby being withdrawn. The Debtor's Amended Plan resolves the Objection filed by Bank of America, N.A.

WHEREFORE, PREMISES CONSIDERED, Bank of America, N.A. prays that this Court take notice of this Notice of Withdrawal of the Objection to Confirmation of Debtor's Chapter 13 Plan filed by Bank of America, N.A. and permit the withdrawal of this Objection. (Docket # 11).

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

By: _/s/ Paul Kim_
    Paul Kim
    Texas Bar No. 24001182
    4004 Belt Line Road, Suite 100
    Addison, Texas 75001
    Phone: (941) 341-0560
    Fax: (512) 477-1112
    edecf@bdfgroup.com

    ATTORNEYS FOR BANK OF AMERICA, N.A.

<u>CERTIFICATE OF SERVICE</u>

By my signature below, I hereby certify that on February 9, 2022, a true and correct copy of the foregoing document was served upon the following parties via electronic means as listed on the Court's ECF noticing system or by regular first class mail, postage prepaid.

BRADLEY C. SMITH
12526 N FM 95
NACOGDOCHES, TX 75961
DEBTOR

WALTER DAVID STEPHENS
P.O. BOX 444
103 E. DENMAN
LUFKIN, TX 75902-0444
ATTORNEY FOR DEBTOR

LLOYD KRAUS
PLAZA TOWER
110 N. COLLEGE AVE., 12TH FLOOR
TYLER, TX 75702
TRUSTEE

U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
110 N. COLLEGE AVE.
SUITE 300
TYLER, TX 75702

SYNCHRONY BANK
C/O PRA RECEIVABLES MANAGEMENT, LLC
P.O. BOX 41021
NORFOLK, VA 23541
PARTY REQUESTING NOTICE

FORD MOTOR CREDIT COMPANY, LLC
C/O GEORGE F. DUNN
DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.
5120 WOODWAY DRIVE, SUITE 9000
HOUSTON, TEXAS 77056-1725

NACOGDOCHES COUNTY, ET AL
C/O MEME L. THOMAS
PERDUE BRANDON FIELDER COLLINS & MOTT, LLP
P.O. BOX 2007
TYLER, TX 75710-2007
PARTY REQUESTING NOTICE

SOUTHSIDE BANK
C/O CHARLES E. LAUFFER, JR.
RITCHESON, LAUFFER & VINCENT, P.C.
TWO AMERICAN CENTER
821 ESE LOOP 323, SUITE 530
TYLER, TX 75701
PARTY REQUESTING NOTICE

LLOYD GILLESPIE
C/O BILL PEDERSEN, JR.
STRIPLING, PEDERSEN & FLOYD
P.O. BOX 630870
NACOGDOCHES, TX 75963
PARTY REQUESTING NOTICE

COMMERCIAL BANK OF TEXAS, N.A.
C/O JAMES W. KING
OFFERMAN & KING, L.L.P.
6420 WELLINGTON PLACE
BEAUMONT, TX 77706
PARTY REQUESTING NOTICE

R&D DISTRIBUTING, LTD.
C/O BILL PEDERSEN, JR.
STRIPLING, PEDERSEN & FLOYD
P.O. BOX 630870
NACOGDOCHES, TX 75963
PARTY REQUESTING NOTICE

VELVIN OIL COMPANY, INC.
C/O THOMAS H. BROWN
LAW OFFICE OF THOMAS H. BROWN, PLLC
116 N. KILGORE ST.
KILGORE, TX 75662
PARTY REQUESTING NOTICE

*/s/ Paul Kim*
Paul Kim