# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | |
|---|---|
| IN RE:<br>Bradley C Smith<br>12526 N FM 95<br>Nacogdoches , TX 75961<br>SSN: XXX-XX-9750<br>Debtor | Case No. 21-90242 jps<br>Chapter: 13 |

### NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

Notice is hereby given that:

The final hearing on the Motion for Relief from Automatic Stay filed by Commercial Bank of Texas, N.A. (dkt #17) set for 3/31/22 at 2:00 p.m was **scheduled in error**.

**The correct date (and original setting) for the hearing is February 17, 2022 at 2:00 p.m.**

**DATED: February 9, 2022**

**JASON K. MCDONALD**
**CLERK OF THE COURT**

BY: _Mona R. Doyle_
      Deputy Clerk

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bradley C Smith, 12526 N FM 95, Nacogdoches, TX 75961-8753 |
| cr | | Angelina Savings Bank, P. O. Box 2460, Lufkin, TX 75902-2460 |
| cr | + | Bank of America, N.A., c/o BDFTE, LLP, 4004 Belt Line Rd Ste. 100, Addison, TX 75001-4320 |
| cr | + | Ford Motor Credit Company LLC, c/o Devlin, Naylor & Turbyfill, P.L.L.C., Attn: George F. Dunn, 5120 Woodway, Suite 9000, Houston, TX 77056-1725 |
| cr | + | Lloyd Gillespie, c/o SPF, Attn: Bill Pedersen, Jr., P. O. Box 630870, Nacogdoches, TX 75963-0870 |
| cr | + | R&D Distributing, Ltd., c/o Ritcheson, Lauffer & Vincent, PC, 821 ESE Loop 323, Suite 530, Tyler, TX 75701-9779 |
| cr | + | Southside Bank, c/o Charles E. Lauffer, Jr., Two American Center, 821 ESE Loop 323, Suite 530, Tyler, TX 75701-9779 |
| 8107837 | + | Angelina Savings Bank, c/o Don Duran, 111 S. 2nd, Lufkin, TX 75901-3077 |
| 8115365 | + | Angelina Savings Bank, 1721 Tulane Dr, Lufkin, TX 75901-5607 |
| 8107838 | | Arrington Lumber, 445 County Rd 1538, Jacksonville, TX 75766 |
| 8107839 | + | Attorney General of Texas, Box 12548, Capitol Station, Austin, TX 78711-2548 |
| 8107840 | ++ | BANCORPSOUTH, BANKRUPTCY DEPARTMENT, P O BOX 4360, TUPELO MS 38803-4360 address filed with court:, BancorpSouth, Attn: Bankruptcy, 178 Commerce St, Batesville, MS 38606 |
| 8117371 | | Bank of America, Attn: Bankruptcy, PO Box 31785, Tampa, FL 33631-3785 |
| 8110094 | | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 8107842 | | Barfield Family Trust, 2106 N Palm Ct, Pasadena, TX 77502-5614 |
| 8107843 | | Barfield, Sherry 4B Ranch, 2106 N Palm Ct, Pasadena, TX 77502-5614 |
| 8107845 | + | Brown, Thomas, Atty for Velvin Oil Co Inc, 116 N Kilgore St, Kilgore, TX 75662-5822 |
| 8107846 | + | Bufkin, James A, Attorney for Hughes Petroleum, PO Box 154138, Lufkin, TX 75915-4138 |
| 8107847 | + | CAC Financial Corp, 2601 Northwest Expressway, Suite 1000E, Oklahoma City, OK 73112-7236 |
| 8107849 | | CJR Management, 378 CR 4117, Timpson, TX 75975 |
| 8107850 | | CJR Management, 378 CR 4117, Timpson, Texas 75975 |
| 8107848 | + | Center Broadcasting Co, PO Box 930, Center, Texas 75935-0930 |
| 8107852 | + | Commercial Bk Texas Na, 109 W Parker, Elkhart, TX 75839-7608 |
| 8107855 | + | District Clerk Rusk Co, CV 2021-185, PO Box 1687, Henderson, TX 75653-1687 |
| 8107856 | + | Element Financial Corp, 655 Business Center Dr, Horsham, PA 19044-3409 |
| 8109348 | + | FORD MOTOR CREDIT COMPANY, LLC, c/o George F. Dunn, 5120 Woodway Dr., Suite 9000, Houston, Texas 77056-1725 |
| 8107858 | | First Insurance Funding, 135 S,. LaSalle ST, Dept 8075, Chicago, IL 60674-8075 |
| 8107860 | + | Gillespie, Robin, PO Box 631107, Nacogdoches, TX 75963-1107 |
| 8107861 | + | Gillespie, Robin Trustee, PO Box 631107, Nacogdoches, TX 75963-1107 |
| 8107862 | + | Hughes Petroleum Products Inc, PO Box 900, Corrigan, TX 75939-0900 |
| 8114326 | + | Hughes Petroleum Products, Inc., P.O. Box 154138, Lufkin, TX 75915-4138 |
| 8114325 | + | James A. Bufkin, 104 W. Lufkin Avenue, Lufkin, TX 75904-2935 |
| 8107867 | + | John Deer Credit, PO Box 5327, Madison, WI 53705-0327 |
| 8107868 | + | Kristy Smith, 12526 FM 95, Nacogdoches, TX 75961-8753 |
| 8107870 | + | Lloyd Gillespie, PO Box 631107, Nacogdoches, TX 75963-1107 |
| 8107869 | | Lloyd Gillespie, 8211 S US Hwy 59, Nacogdoches, TX 75964-8718 |
| 8107871 | + | Lloyd Kraus, Chapter 13 Trustee, 110 N College Ste 1200, Tyler, TX 75702-7242 |
| 8107872 | + | Lucky Stop, 1218 Douglas Rd, Nacogdoches, TX 75964-4904 |
| 8107875 | | Nacogdoches County et al, Perdue Brandon Fielder et al, PO Box 2007, Tyler, TX 75710-2007 |
| 8110989 | | Nacogdoches County, et al., Perdue Brandon Fielder Collins & Mott, PO Box 2007, Tyler, TX 75710-2007 |
| 8107877 | + | Online Collections Deep ET Coop, Attn: Bankruptcy, PO Box 1489, Winterville, NC 28590-1489 |
| 8113078 | | PNC EQUIPMENT FINANCE LLC, ROBERT E WALTON/MATTHEW A FOLEY, FLAMM WALTON HEIMBACH, 794 PENLLYN PIKE, SUITE 100, BLUE BELL, PA 19422-1669 |
| 8107881 | + | PNC Equipment Fin LLC-Element, co Robert Walton Esq, 794 Penilyn, Ste 100, Blue Bell, PA 19422-1669 |
| 8107882 | + | PNC Equipment Finance, Customer Service -Bankruptcy, PO Box 609, Pittsburgh, PA 15230-0609 |

| Recip ID | | Recipient |
|---|---|---|
| 8107879 | + | Pederson, Bill, Atty, 118 E Hospital Street, no 400, Nacogdoches, TX 75961-5242 |
| 8107878 | + | Pederson, Bill, Atty, PO Box 630870, Nacogdoches, Texas 75963-0870 |
| 8107880 | | Perdue Brandon Fielder, Bullard City Ct, PO Box 9132, Amarillo, TX 79105-9132 |
| 8107883 | + | Polk County Clerk, Civil case 21-CC-CV-0053, 101 W Mill Street, Ste 265, Livingston, TX 77351-3233 |
| 8107884 | + | R & D Distributing, PO Box 1507, Center, TX 75935-1507 |
| 8116356 | + | R&D Distributing, Ltd., c/o Charles E. Lauffer, Jr., 821 ESE Loop 323, Suite 530, Tyler, TX 75701-9779 |
| 8107885 | | RMA Toll Processing, PO Box 734182, Dallas, TX 75373-4182 |
| 8113077 | | ROBERT E WALTON/MATTHEW A FOLEY, FLAMM WALTON HEIMBACH, 794 PENLLYN PIKE, SUITE 100, BLUE BELL, PA 19422-1669 |
| 8107886 | + | RPM for Dish Network, 20816 44th Ave West, Lynnwood, WA 98036-7799 |
| 8111994 | + | Southside Bank, c/o Charles E. Lauffer, Jr., 821 ESE Loop 323, Suite 530, Tyler TX 75701-9779 |
| 8107887 | + | Southside Bank, PO Box 1079, Tyler, TX 75710-1079 |
| 8107891 | + | Stuart Lippman & Assoc, 5447 E 5th Street, no 110, Tucson, AZ 85711-2345 |
| 8107892 | + | Sunoco, 4123 Old Tyler Rd, Nacogdoches, TX 75964-1435 |
| 8117372 | + | Texas Auto North, 11655 North Fwy, Houston, TX 77060-3705 |
| 8107896 | + | Trail Co, 116 Chad Drive, Mansfield, LA 71052-4565 |
| 8107899 | + | United States Attorney BMT, 350 Magnolia Ave, Ste 150, Beaumont, TX 77701-2254 |
| 8107900 | + | Velvin Oil Co Inc, PO Box 993, Henderson, TX 75653-0993 |
| 8107901 | + | W. David Stephens, P. O. Box 444, 103 E Denman Ave, Lufkin, Texas 75901-3993 |
| 8107902 | + | Woodco Leasing, PO Box 2279, Woodville, TX 75979-2279 |

TOTAL: 63

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jking@offermanking.com | Feb 09 2022 23:14:00 | Commercial Bank of Texas, N.A., c/o James W. King, 6420 Wellington Place, Beaumont, TX 77706-3206 |
| 8107851 | + | Email/Text: VFOWLER@CBTX.COM | Feb 09 2022 23:14:00 | Commercial Bank of Texas, 215 E Main, Nacogdoches, Texas 75961-5223 |
| 8114769 | + | Email/Text: VFOWLER@CBTX.COM | Feb 09 2022 23:14:00 | Commercial Bank of Texas, N.A., P.O. Box 635050, Nacogdoches, TX 75963-5050 |
| 8107853 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Feb 09 2022 23:14:00 | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 8107854 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 09 2022 23:14:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 8107857 | | Email/Text: bknotice@ercbpo.com | Feb 09 2022 23:14:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 8109349 | | Email/Text: EBNBKNOT@ford.com | Feb 09 2022 23:14:00 | FORD MOTOR CREDIT COMPANY LLC, PO Box 62180, Colorado Springs, CO 80962 |
| 8107859 | + | Email/Text: EBNBKNOT@ford.com | Feb 09 2022 23:14:00 | Ford Motor Credit, Attn: Bankrutcy, PO Box 54200, Omaha, NE 68154-8000 |
| 8107865 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 09 2022 23:14:00 | IRS, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 8109624 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2022 23:19:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 8107873 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 09 2022 23:14:00 | Midland Cr Mgmt Midland Funding, PO Box 2037, Warren, MI 48090-2037 |
| 8110487 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 09 2022 23:14:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 8107874 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 09 2022 23:14:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 8107876 | | Email/Text: bankruptcy@ntta.org | Feb 09 2022 23:14:00 | North Texas Tollway Authority, PO Box 660244, Dallas, TX 75266-0244 |

| | | | | |
| --- | --- | --- | --- | --- |
| 8108359 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 09 2022 23:19:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 8114948 | | Email/Text: bnc-quantum@quantum3group.com | Feb 09 2022 23:14:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 8107888 | + | Email/Text: sdietz@swrecovery.com | Feb 09 2022 23:14:00 | Southwest Recovery Service, 17311 Dallas Parkway, Suite 235, Dallax, TX 75248-1132 |
| 8107890 | + | Email/Text: landrys@ag.louisiana.gov | Feb 09 2022 23:14:00 | State of Louisian, Civil Division, PO Box 94005, Baton Rouge, LA 70804-9005 |
| 8107893 | | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2022 23:19:12 | Syncrony Bank, PO Box 965064, Orlando, FL 32896-5064 |
| 8107894 | + | Email/Text: amccoy@synerpriseconsulting.com | Feb 09 2022 23:14:00 | Synerprise Consulting Services, Inc, Attn: Bankruptcy, 5651 Broadmoor, Mission, KS 66202-2407 |
| 8107889 | | Email/Text: pacer@cpa.state.tx.us | Feb 09 2022 23:14:00 | State Comptroller Public Accts, Capitol Station, Austin, TX 78774 |
| 8107895 | | Email/Text: ridpacer@twc.state.tx.us | Feb 09 2022 23:14:00 | Texas Workforce Commission, PO Box 149080, Austin, TX 78714-9080 |
| 8107897 | | Email/Text: bankruptcydepartment@tsico.com | Feb 09 2022 23:14:00 | Transworld Systems, PO Box 15520, Wilmington, DE 19850-5520 |
| 8107898 | + | Email/Text: ustpregion06.ty.ecf@usdoj.gov | Feb 09 2022 23:14:00 | U. S. Trustee EDTX, 300 Plaza Tower, 110 N. College Ave, Tyler, TX 75702-7226 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | * | Nacogdoches County, et al., Perdue Brandon Fielder Collins & Mott, PO Box 2007, Tyler, TX 75710-2007 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Velvin Oil Company, Inc., P.O. Box 993, Henderson, TX 75653-0993 |
| 8107844 | *+ | Bradley C Smith, 12526 N FM 95, Nacogdoches, TX 75961-8753 |
| 8107864 | * | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 8107866 | * | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 8107863 | *+ | Internal Revenue Service, Tyler Division Case Only, 3372 S/SW Loop 323, Tyler, TX 75701-9222 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
| --- | --- | --- |
| Date: Feb 11, 2022 | Signature: | /s/Joseph Speetjens |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2022 at the address(es) listed

**below:**

| Name | Email Address |
|---|---|
| Abbey U. Dreher | on behalf of Creditor Bank of America N.A. edecf@BDFGROUP.com, marshak@bdfgroup.com |
| Bill Pedersen, Jr. | on behalf of Creditor Lloyd Gillespie billpedersen@striplinglaw.com |
| Charles E. Lauffer, Jr. | on behalf of Creditor Southside Bank raeannr@rllawfirm.net |
| Charles E. Lauffer, Jr. | on behalf of Creditor R&D Distributing Ltd. raeannr@rllawfirm.net |
| Don W. Duran | on behalf of Creditor Angelina Savings Bank duran@consolidated.net |
| George Dunn | on behalf of Creditor Ford Motor Credit Company LLC gdunn@dntlaw.com megan@dntlaw.com |
| James W. King | on behalf of Creditor Commercial Bank of Texas N.A. jking@offermanking.com |
| Lloyd Kraus | docs@ch13tyler.com |
| Meme Latasha Thomas | on behalf of Creditor Nacogdoches County et al. mthomas@pbfcm.com, tylbkc@pbfcm.com;mthomas@ecf.courtdrive.com |
| Paul K. Kim | on behalf of Creditor Bank of America N.A. edecf@BDFGROUP.com |
| Thomas Hugo Brown | on behalf of Creditor Velvin Oil Company Inc. tombrown@tombrownlaw.com, dhenson@tombrownlaw.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |
| Walter David Stephens | on behalf of Debtor Bradley C Smith wdavids@consolidated.net wds01@consolidated.net;wds02@consolidated.net;stephensteresa01@gmail.com |

TOTAL: 13