Form ntchrgcbk

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

300 Willow
Suite 112
Beaumont, TX 77701

| | | |
|---|---|---|
| In Re: | Bradley C Smith<br>Debtor | Bankruptcy Proceeding No.: 21–90242<br>Chapter: 13<br>Judge: Joshua P. Searcy |

PLEASE TAKE NOTICE that a CONTINUED/RESCHEDULED hearing will be held at

Hearing Link: https://bit.ly/3fSvtl1, Instructions at www.txeb.uscourts.gov

on 5/12/22 at 02:00 PM

to consider and act upon the following:

17 – Motion for Relief from Automatic Stay With Waiver of 30–Day Hearing Requirement As To Equipment and livestock Filed by Commercial Bank of Texas, N.A. (Attachments: # 1 Exhibit A&B # 2 Affidavit # 3 Proposed Order) (King, James)

Final Hearing Continued (RE: related document(s)17 Motion for Relief from Automatic Stay With Waiver of 30–Day Hearing Requirement As To Equipment and livestock filed by Creditor Commercial Bank of Texas, N.A.). Hearing scheduled for 5/12/2022 at 02:00 PM at Virtual Hearing Location (BMT May 12). (md)

Dated: 3/31/22

Jason K. McDonald
Clerk, U.S. Bankruptcy Court

YOU ARE ADVISED that, in any hearing before this Court, corporations and partnerships must be represented by attorneys duly admitted to practice before this Court.