Form ntchrgcnfbk

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

300 Willow  
Suite 112  
Beaumont, TX 77701

| | | |
|---|---|---|
| In Re: | Bradley C Smith<br>Debtor | Bankruptcy Proceeding No.: 21–90242<br>Chapter: 13<br>Judge: Joshua P. Searcy |

PLEASE TAKE NOTICE that a confirmation hearing will be held at

Hearing Link: https://bit.ly/3sOpJil, Instructions at www.txeb.uscourts.gov

on 6/16/22 at 09:30 AM

to consider and act upon the following:

AMENDED CHAPTER 13 PLAN.

ANY OBJECTION TO CONFIRMATION MUST BE FILED NO LATER THAN SEVEN (7) DAYS PRIOR TO THE CONFIRMATION HEARING

Dated: 4/21/22

                                                          Jason K. McDonald  
                                                          Clerk, U.S. Bankruptcy Court

YOU ARE ADVISED that, in any hearing before this Court, corporations and partnerships must be represented by attorneys duly admitted to practice before this Court.