```
Label Matrix for local noticing           Angelina Savings Bank              Angelina Savings Bank
0540-9                                    P. O. Box 2460                     1721 Tulane Dr
Case 21-90242                             Lufkin, TX 75902-2460              Lufkin, TX 75901-5607
Eastern District of Texas
Lufkin
Mon May  9 16:27:03 CDT 2022

Angelina Savings Bank                     Arrington Lumber                   Attorney General of Texas
c/o Don Duran                             445 County Rd 1538                 Box 12548, Capitol Station
111 S. 2nd                                Jacksonville, TX 75766             Austin, TX 78711-2548
Lufkin, TX 75901-3077


(p)BANCORPSOUTH                           BancorpSouth Bank, a division of Cadence Ban   BancorpSouth Bank, a division of Cadence Ban
BANKRUPTCY DEPARTMENT                     c/o Blake Rasner                   c/o Blake Rasner
P O BOX 4360                              100 N. Ritchie Road                HALEY & OLSON, P.C.
TUPELO MS 38803-4360                      Ste 200                            100 N. Ritchie Road, Suite 200
                                          Waco, TX 76712-8517                Waco, Texas 76712-8517


Bank of America                           (p)BARRETT DAFFIN FRAPPIER TURNER & ENGEL  LL   Bank of America, N.A.
Attn: Bankruptcy                          4004 BELT LINE ROAD SUITE 100      PO BOX 31785
PO Box 31785                              ADDISON TX 75001-4320              Tampa, FL 33631-3785
Tampa, FL 33631-3785


Sherrie Barfield                          Barfield Family Trust              Barfield, Sherry 4B Ranch
2106 N. Palm Ct.                          2106 N Palm Ct                     2106 N Palm Ct
Pasadena, TX 77502-5614                   Pasadena, TX 77502-5614            Pasadena, TX 77502-5614


Bradley C Smith                           Thomas Hugo Brown                  Brown, Thomas
12526 N FM 95                             116 N. Kilgore Street              Atty for Velvin Oil Co Inc
Nacogdoches, TX 75961-8753                Kilgore, TX 75662-5822             116 N Kilgore St
                                                                             Kilgore, TX 75662-5822


Bufkin, James A                           CAC Financial Corp                 CJR Management
Attorney for Hughes Petroleum             2601 Northwest Expressway          378 CR 4117
PO Box 154138                             Suite 1000E                        Timpson, TX 75975
Lufkin, TX 75915-4138                     Oklahoma City, OK 73112-7236


CJR Management                            Center Broadcasting Co             Commercial Bank of Texas
378 CR 4117                               PO Box 930                         215 E Main
Timpson, Texas 75975                      Center, Texas 75935-0930           Nacogdoches, Texas 75961-5223


Commercial Bank of Texas, N.A.            Commercial Bank of Texas, N.A.     Commercial Bk Texas Na
c/o James W. King                         P.O. Box 635050                    109 W Parker
6420 Wellington Place                     Nacogdoches, TX 75963-5050         Elkhart, TX 75839-7608
Beaumont, TX 77706-3206


Commonwealth Financial Systems            Credit Collection Services         Deere & Company
Attn: Bankruptcy                          Attn: Bankruptcy                   c/o Teri H. Kelley
245 Main Street                           725 Canton St                      6750 West Loop S., Ste 920
Dickson City, PA 18519-1641               Norwood, MA 02062-2679             Bellaire, TX 77401-4117
```

(p)DEERE CREDIT SERVICES  INC
ATTN LITIGATION & RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

District Clerk Rusk Co
CV 2021-185
PO Box 1687
Henderson, TX 75653-1687

George Dunn
Devlin, Naylor & Turbyfill, PLLC
5120 Woodway
Suite 9000
Houston, TX 77056-1725

Don W. Duran
P.O. Box 757
Lufkin, TX 75902-0757

ERC
PO Box 23870
Jacksonville, FL 32241-3870

Element Financial Corp
655 Business Center Dr
Horsham, PA 19044-3409

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

FORD MOTOR CREDIT COMPANY, LLC
c/o George F. Dunn
5120 Woodway Dr., Suite 9000
Houston, Texas 77056-1725

First Insurance Funding
135 S,. LaSalle ST, Dept 8075
Chicago, IL 60674-8075

Ford Motor Credit
Attn: Bankrutcy
PO Box 54200
Omaha, NE 68154-8000

Ford Motor Credit Company LLC
c/o Devlin, Naylor & Turbyfill, P.L.L.C.
Attn: George F. Dunn
5120 Woodway, Suite 9000
Houston, TX 77056-1725

Lloyd Gillespie
c/o SPF
Attn: Bill Pedersen, Jr.
P. O. Box 630870
Nacogdoches, TX 75963-0870

Gillespie, Robin
PO Box 631107
Nacogdoches, TX 75963-1107

Gillespie, Robin Trustee
PO Box 631107
Nacogdoches, TX 75963-1107

Marc P. Henry
Offerman & King, LLP
6420 Wellington Place
Beaumont, TX 77706-3206

Hughes Petroleum Products Inc
PO Box 900
Corrigan, TX 75939-0900

Hughes Petroleum Products, Inc.
P.O. Box 154138
Lufkin, TX 75915-4138

IRS
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

IRS
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Tyler Division Case Only
3372 S/SW Loop 323
Tyler, TX 75701-9222

James A. Bufkin
104 W. Lufkin Avenue
Lufkin, TX 75904-2935

John Deer Credit
PO Box 5327
Madison, WI 53705-0327

Teri H. Kelley
Law Offices of T.H. Kelley, P.C.
6750 West Loop S.
Ste. 920
Bellaire, TX 77401-4117

Paul K. Kim
Barrett Daffin Frappier Turner & Engel
15000 Surveyor Blvd. Suite 100
Addison, TX 75001-4417

James W. King
Offerman & King, L.L.P.
6420 Wellington Place
Beaumont, TX 77706-3206

Lloyd Kraus
Plaza Tower
110 N. College Ave., 12th Floor
Tyler, TX 75702-7226

Kristy Smith
12526 FM 95
Nacogdoches, TX 75961-8753

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Charles E. Lauffer Jr.
Ritcheson, Lauffer & Vincent, P.C.
Two American Center
821 ESE Loop 323, Suite 530
Tyler, TX 75701-9779

William H. Lively Jr.
WHL, PLLC
432 S. Bonner Ave.
Tyler, TX 75702-8033

| | | |
|---|---|---|
| Lloyd Gillespie<br>8211 S US Hwy 59<br>Nacogdoches, TX 75964-8718 | Lloyd Gillespie<br>PO Box 631107<br>Nacogdoches, TX 75963-1107 | Lloyd Gillespie<br>c/o Bill Pedersen<br>PO Box 630870<br>Nacogdoches, TX 75963-0870 |
| Lloyd Kraus<br>Chapter 13 Trustee<br>110 N College Ste 1200<br>Tyler, TX 75702-7242 | Lucky Stop<br>1218 Douglas Rd<br>Nacogdoches, TX 75964-4904 | Midland Cr Mgmt Midland Funding<br>PO Box 2037<br>Warren, MI 48090-2037 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Midland Fund<br>Attn: Bankruptcy<br>350 Camino De La Reine, Suite 100<br>San Diego, CA 92108-3007 | Nacogdoches County et al<br>Perdue Brandon Fielder et al<br>PO Box 2007<br>Tyler, TX 75710-2007 |
| Nacogdoches County, et al.<br>Perdue Brandon Fielder Collins & Mott<br>PO Box 2007<br>Tyler, TX 75710-2007 | North Texas Tollway Authority<br>PO Box 660244<br>Dallas, TX 75266-0244 | Online Collections Deep ET Coop<br>Attn: Bankruptcy<br>PO Box 1489<br>Winterville, NC 28590-1489 |
| PNC EQUIPMENT FINANCE LLC<br>ROBERT E WALTON/MATTHEW A FOLEY<br>FLAMM WALTON HEIMBACH<br>794 PENLLYN PIKE, SUITE 100<br>BLUE BELL, PA 19422-1669 | PNC Equipment Fin LLC-Element<br>co Robert Walton Esq<br>794 Penilyn, Ste 100<br>Blue Bell, PA 19422-1669 | PNC Equipment Finance<br>Customer Service -Bankruptcy<br>PO Box 609<br>Pittsburgh, PA 15230-0609 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Bill Pedersen Jr.<br>P. O. Box 630870<br>Nacogdoches, TX 75963-0870 | Pederson, Bill, Atty<br>118 E Hospital Street, no 400<br>Nacogdoches, TX 75961-5242 |
| Pederson, Bill, Atty<br>PO Box 630870<br>Nacogdoches, Texas 75963-0870 | Perdue Brandon Fielder<br>Bullard City Ct<br>PO Box 9132<br>Amarillo, TX 79105-9132 | Polk County Clerk<br>Civil case 21-CC-CV-0053<br>101 W Mill Street, Ste 265<br>Livingston, TX 77351-3233 |
| Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | R & D Distributing<br>PO Box 1507<br>Center, TX 75935-1507 | R&D Distributing, Ltd.<br>c/o Ritcheson, Lauffer & Vincent, PC<br>821 ESE Loop 323, Suite 530<br>Tyler, TX 75701-9779 |
| R&D Distributing, Ltd.<br>c/o Charles E. Lauffer, Jr.<br>821 ESE Loop 323, Suite 530<br>Tyler, TX 75701-9779 | RMA Toll Processing<br>PO Box 734182<br>Dallas, TX 75373-4182 | ROBERT E WALTON/MATTHEW A FOLEY<br>FLAMM WALTON HEIMBACH<br>794 PENLLYN PIKE<br>SUITE 100<br>BLUE BELL, PA 19422-1669 |
| RPM for Dish Network<br>20816 44th Ave West<br>Lynnwood, WA 98036-7799 | Blake Rasner<br>Haley & Olson, P.C.<br>100 Ritchie Road, Suite 200<br>Waco, TX 76712-8517 | Robyn Gillespie<br>PO Box 633210<br>Nacogdoches, Texas 75963-3210 |

| | | |
|---|---|---|
| Robyn Gillespie<br>c/o Bill Pedersen<br>PO Box 630870<br>Nacogdoches, Texas 75963-0870 | Sherrie Barfield 4B Ranch<br>2106 N. Palm Ct.<br>Pasadena, TX 77502-5614 | Sherrie Barfield 4B Ranch<br>c/o William H. Lively, Jr<br>WHL, PLLC<br>432 S. Bonner Ave<br>Tyler TX 75702-8033 |
| Southside Bank<br>c/o Charles E. Lauffer, Jr.<br>Two American Center<br>821 ESE Loop 323, Suite 530<br>Tyler, TX 75701-9779 | Southside Bank<br>PO Box 1079<br>Tyler, TX 75710-1079 | Southside Bank<br>c/o Charles E. Lauffer, Jr.<br>821 ESE Loop 323, Suite 530<br>Tyler TX 75701-9779 |
| Southwest Recovery Service<br>17311 Dallas Parkway<br>Suite 235<br>Dallax, TX 75248-1132 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | State of Louisian<br>Civil Division<br>PO Box 94005<br>Baton Rouge, LA 70804-9005 |
| Walter David Stephens<br>P.O. Box 444<br>103 E. Denman<br>Lufkin, TX 75901-3993 | Stuart Lippman & Assoc<br>5447 E 5th Street, no 110<br>Tucson, AZ 85711-2345 | Sunoco<br>4123 Old Tyler Rd<br>Nacogdoches, TX 75964-1435 |
| Syncrony Bank<br>PO Box 965064<br>Orlando, FL 32896-5064 | Synerprise Consulting Services, Inc<br>Attn: Bankruptcy<br>5651 Broadmoor<br>Mission, KS 66202-2407 | Texas Auto North<br>11655 North Fwy<br>Houston, TX 77060-3705 |
| Texas Workforce Commission<br>PO Box 149080<br>Austin, TX 78714-9080 | Meme Latasha Thomas<br>Perdue Brandon Fielder Collins & Mott, L<br>PO Box 2007<br>Tyler, TX 75710-2007 | Trail Co<br>116 Chad Drive<br>Mansfield, LA 71052-4565 |
| Transworld Systems<br>PO Box 15520<br>Wilmington, DE 19850-5520 | U. S. Trustee  EDTX<br>300 Plaza Tower<br>110 N. College Ave<br>Tyler, TX 75702-7226 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | United States Attorney BMT<br>350 Magnolia Ave, Ste 150<br>Beaumont, TX 77701-2254 | Velvin Oil Co Inc<br>PO Box 993<br>Henderson, TX 75653-0993 |
| W. David Stephens<br>P. O. Box 444<br>103 E Denman Ave<br>Lufkin, Texas 75901-3993 | Woodco Leasing<br>PO Box 2279<br>Woodville, TX 75979-2279 | Woodco Leasing, LLC<br>c/o Charles E. Lauffer, Jr.<br>821 ESE Loop 323, Suite 530<br>Tyler, TX 75701-9779 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BancorpSouth<br>Attn: Bankruptcy<br>178 Commerce St<br>Batesville, MS 38606 | Bank of America, N.A.<br>c/o BDFTE, LLP<br>4004 Belt Line Rd Ste. 100<br>Addison, TX 75001 | Deere & Company d/b/a John Deere Financial<br>PO Box 6600<br>Johnston, IA 50131-6600 |
| (d)Abbey U. Dreher<br>Barrett Daffin Frappier Turner & Engel<br>4004 Beltline Road, Suite 100<br>Addison, TX 75001-4320 | FORD MOTOR CREDIT COMPANY LLC<br>PO Box 62180<br>Colorado Springs, CO 80962 | State Comptroller Public Accts<br>Capitol Station<br>Austin, TX 78774 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (d)Nacogdoches County, et al.<br>Perdue Brandon Fielder Collins & Mott<br>PO Box 2007<br>Tyler, TX  75710-2007 | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| (d)Bradley C Smith<br>12526 N FM 95<br>Nacogdoches, TX 75961-8753 | (d)Velvin Oil Company, Inc.<br>P.O. Box 993<br>Henderson, TX 75653-0993 | End of Label Matrix<br>Mailable recipients   116<br>Bypassed recipients     5<br>Total                  121 |