UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BRADLEY C. SMITH | § | CASE NO. 21-90242 |
| | § | |
| DEBTOR | § | CHAPTER 13 |

## AMENDED CERTIFICATE OF SERVICE

     I certify that on June 1, 2022 a true and correct copy of the Motion to Terminate Automatic Stay of BancorpSouth Bank, a division of Cadence Bank Against Debtor filed on May 31, 2022 was served upon the following parties via electronic means as listed on the court's ECF noticing system or by regular first class mail:

Bradley C Smith
*Debtor*
12526 N FM 95
Nacogdoches, TX 75961

Walter David Stephens
*Attorney for Debtor*
P.O. Box 444
103 E. Denman
Lufkin, TX 75902-0444

Lloyd Kraus
*Chapter 13 Trustee*
Plaza Tower
110 N. College Ave., 12th Floor
Tyler, TX 75702

US Trustee
Office of the U.S. Trustee
110 N. College Ave., Suite 300
Tyler, TX 75702

George F. Dunn
*Attorney for Ford Motor Credit Company, LLC*
DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.
5120 Woodway Drive, Suite 9000
Houston, TX 77056-1725

Abbey U. Dreher
*Attorney for Bank of America, N.A.*
BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP
4004 Belt Line Rd Ste. 100
Addison, TX 75001

Meme L. Thomas
*Attorney for Nacogdoches County, et al*
PERDUE BRANDON FIELDER COLLINS & MOTT, LLP
P.O. Box 2007
Tyler, TX 75710-2007

Don W. Duran
*Attorney for Angelina Savings Bank*
LAW OFFICE OF DON W. DURAN
P. O. Box 757
Lufkin, TX 75902-0757

Charles E. Lauffer, Jr.
*Attorney for Southside Bank*
*Attorney for R&D Distributing, Ltd.*
RITCHESON, LAUFFER & VINCENT, P.C.
Two American Center
821 ESE Loop 323, Suite 530
Tyler, TX 75701

Bill Pedersen, Jr.
*Attorney for Lloyd Gillespie*
STRIPLING, PEDERSEN & FLOYD
P. O. Drawer 630870
Nacogdoches, TX 75963-0870

James W. King
*Attorney for Commercial Bank of Texas, N.A.*
OFFERMAN & KING, L.L.P.
6420 Wellington Place
Beaumont, TX 77706

Thomas H. Brown
*Attorney for Velvin Oil Company, Inc.*
LAW OFFICE OF THOMAS H. BROWN, PLLC
116 N. Kilgore Street
Kilgore, TX 75662

William H. Lively, Jr.
*Attorney for Sherrie Barfield*
WHL, PLLC
432 S. Bonner Ave.
Tyler, TX 75702

Teri H. Kelley
*Attorney for Deere & Company*
LAW OFFICES OF T.H. KELLEY, P.C.
6750 West Loop S., Ste. 920
Bellaire, TX 77401

Clint Ramsey, Co-Debtor
5268 FM 415
Timpson, TX 75975-3501

            <u>/s/ Blake Rasner</u>
            Blake Rasner