## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| DEBTOR(S):<br><br>Bradley C. Smith | MAIN BANKRUPTCY CASE NO.:<br><br>21-90242 |
|---|---|
| NATURE OF PROCEEDING/CONTESTED MATTER:<br><br>CONFIRMATION OF DEBTOR'S AMENDED CHAPTER 13 PLAN | DATE OF HEARING:<br><br>June 16, 2022 at 9:30 a.m.<br>at Virtual Hearing Location |

### EXHIBIT LIST OF LLOYD GILLESPIE

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| A | Proof of Claim No. 30 in the amount of $306,765.13, with attached exhibits | | | |
| B | Demand Letter to Mr. and Mrs. Smith dated November 12, 2021 with attached Federal Fair Debt Collections Practices Act Notice | | | |
| C | Notice of Trustee's Sale dated December 2, 2021 | | | |
| D | Debtor's Schedules and Statement of Financial Affairs | | | |
| E | Amended Schedules | | | |
| F | Transcript of 341(a) meeting which occurred 2/2/2022 | | | |
| | The undersigned reserves the right to offer any other exhibits that are either (a) designated by Debtor, the Trustee, or (b) necessary and appropriate as rebuttal evidence. | | | |

### WITNESS LIST OF LLOYD GILLESPIE

| 1 | Bradley C. Smith |
|---|---|
| 2 | Lloyd Gillespie |
| 3 | Bill Pedersen, Jr. |
| 4 | Any witness designated by Debtor, the Trustee, and any rebuttal witnesses |

Respectfully submitted,

STRIPLING, PEDERSEN & FLOYD
P.O. Drawer 630870
Nacogdoches, Texas 75963-0870
Phone (936) 564-0445
Fax (936) 569-1232
billpedersen@striplinglaw.com

By_____
Bill Pedersen, Jr.
State Bar No. 15715000
Attorney for Lloyd Gillespie

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument was mailed by United States mail, postage prepaid, and/or by electronic means, to:

Debtor:

Bradley C. Smith
12526 N. FM 95
Nacogdoches, Texas 75961

Attorney for Debtor:

Walter David Stephens
PO Box 444
103 E. Denman Ave.
Lufkin, Texas 75902-0444

Trustee:

Lloyd Kraus, Chapter 13 Trustee
Plaza Tower
110 N. College Ave., 12th Floor
Tyler, Texas 75702

U.S. Trustee:

Office of the U.S. Trustee
110 N. College Ave., Suite 300
Tyler, Texas 75702

Parties Requesting Notice:

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

George F. Dunn
DEVLIN, NAYLOR & TURBYFILL, PLLC
5120 Woodway Drive, Suite 9000
Houston, Texas 77056

Charles E. Lauffer, Jr.
RITCHESON, LAUFFER & VINCENT, P.C.
Two American Center
821 ESE Loop 323, Suite 530
Tyler, Texas 75701

Paul Kim
Abbey U. Dreher
BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP
4004 Belt Line Road, Suite 100
Addison, Texas 75001

Don W. Duran
LAW OFFICE OF DON W. DURAN
PO Box 757
Lufkin, Texas 75902

Meme L. Thomas
PERDUE BRANDON FIELDER COLLINS & MOTT, LLP
PO Box 2007
Tyler, Texas 75710

James W. King
Marc P. Henry
OFFERMAN & KING, LLP
6420 Wellington Place
Beaumont, Texas 77706

Thomas H. Brown
LAW OFFICE OF THOMAS H. BROWN, PLLC
116 N. Kilgore St.
Kilgore, Texas 75662

Blake Rasner
HALEY & OLSON, P.C.
100 N. Ritchie Road, Suite 200
Waco, Texas 76712

William H. Lively, Jr.
WHL, PLLC
432 S. Bonner Ave.
Tyler, Texas 75702

Teri H. Kelley
LAW OFFICES OF T.H. KELLEY, P.C.
6750 West Loop S., Ste. 920
Bellaire, Texas 77401

Signed this 7 day of June, 2022.

_____
Bill Pedersen, Jr.
Attorney for Lloyd Gillespie