

Nacogdoches County
June Clifton
Nacogdoches County Clerk

Instrument Number: 2021 - 33

Foreclosure Posting

Parties:                                   Parties:

Recorded On: December 02, 2021 02:40 PM       Number of Pages: 5

" Examined and Charged as Follows: "

Total Recording: $8.00

*********** THIS PAGE IS PART OF THE INSTRUMENT ***********
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

| File Information: | | Record and Return To: |
|---|---|---|
| Document Number: | 2021-33 | STRIPLING PEDERSON & FLOYD |
| Receipt Number: | 20211202000055 | 118 E HOSPITAL STREET SUITE 400 |
| Recorded Date/Time: | December 02, 2021 02:40 PM | |
| User: | SANDRA F | NACOGDOCHES TX 75961 |
| Station: | cckx03 | |



STATE OF TEXAS
Nacogdoches County
I hereby certify that this Instrument was filed in the File Number sequence on the date/time
printed hereon, and was duly recorded in the Official Records of Nacogdoches County, Texas

June Clifton
Nacogdoches County Clerk
Nacogdoches County, TX

*June Clifton* (signature)

EXHIBIT
C

# Notice of Trustee's Sale

Date: December 2, 2021

Trustee: Robyn Gillespie

Trustee's Address: PO Box 631107
Nacogdoches, Texas 75963

Mortgagee: Lloyd Gillespie

Note: Promissory Note in the amount of Two Hundred Thousand and No/100 Dollars ($200,000.00) dated February 15, 2013 executed by Borrower, Bradley C. Smith and wife, Kristy B. Smith, in favor of Lender, Lloyd Gillespie

Deed of Trust

    Date: February 15, 2013

    Grantor: Bradley C. Smith and wife, Kristy B. Smith

    Mortgagee: Lloyd Gillespie

    Recording information: Vol. 3880, Page 77, Official Public Records of Nacogdoches County, Texas

    Property:

All that certain tract or parcel of land situated about 14 miles Northeast of the City of Nacogdoches, Nacogdoches County, Texas on the JOSE FLORES SURVEY, A-30, and being part of the same land described as a 50 acre tract in a conveyance from the Veteran's Land Board of the State of Texas to Garland Smith, dated April 18, 1960 and recorded in Volume 289, Page 91 of the Deed Records of Nacogdoches County, Texas and being more particularly described as follows:

BEGINNING at a ½" iron rod set for corner at the NEC of said 50 acre tract, said beginning corner being the SEC of a 75.2 acre tract described as First Tract in a conveyance from George Hubert Barfield as Independent Executor of the Estate of Hilda Muckleroy Barfield, Deceased, to George Hubert Barfield, dated September 27, 2004 and recorded in Volume 2214, Page 40 of the Deed Records of Nacogdoches County, Texas and also being in the WBL of a 90 acre tract described as Third Tract in said 2214/40 DRNCT conveyance;

THENCE S 00° 37' 50" E, 1669.66 feet with the EBL of said 50 acre tract and the WBL of said 90 acre tract to a ½" iron rod set for corner, said corner being the SEC of said 50 acre tract and the NEC of a 17 acre tract described in a conveyance from H.E.

1

Martin et ux to E.S. Chandler, dated March 1, 1943 and recorded in Volume 161, Page 383 of the Deed Records of Nacogdoches County, Texas;

THENCE N 89° 22' 24" W, 1768.65 feet with the SBL of said 50 acre tract and the NBL of said 17 acre tract to a ½" iron rod set for corner in the East Right of Way of Farm to Market Road 95 (Re: CCM N/145);

THENCE with the East Right of Way of Farm to Market Road 95 as follows:

N 00° 19' 33" W, 525.18 feet to a ½" iron rod set for corner;

Northwesterly, 158.43 feet with a curve to the left having a radius of 756.76 feet, a central angle of 11° 59' 43" and a chord of N 06° 19' 24" W, 158.14 feet to a ½" iron rod found for corner, said corner being in the Westernmost WBL of said 50 acre tract and also being the South corner of a 2.46 acre tract described in a conveyance from Keith Jones et ux to Kimberly Ann McClelland, dated April 1, 2011 and recorded in Volume 3493, Page 67 of the Deed Records of Nacogdoches County, Texas;

THENCE N 01° 35' 56" W, 400.53 feet with the Westernmost WBL of said 50 acre tract and the EBL of said 2.46 acre tract to a ½" iron rod found for corner, said corner being the Westernmost NWC of said 50 acre tract and the Southernmost corner of a 13.63 acre tract described in a conveyance from J. Wayne Jones to Steve K. Bell, dated March 5, 2002 and recorded in Volume 1705, Page 98 of the Deed Records of Nacogdoches County, Texas;

THENCE N 73° 28' 06" E, 891.19 feet with the NWBL of said 50 acre tract and the Easternmost SEBL of said 13.63 acre tract (Bearing base) to a 1" iron rod found for corner, said corner being a reentrant corner of said 50 acre tract and the Easternmost SEC of said 13.63 tract;

THENCE N 02° 08' 29" E, 299.81 feet with the Easternmost WBL of said 50 acre tract and the Easternmost EBL of said 13.63 acre tract to a ½" iron rod set for corner, said corner being the Northernmost NWC of said 50 acre tract and the Easternmost NEC of said 13.63 acre tract and also being in the SBL of said 75.2 acre tract;

THENCE N 89° 06' 22" E, 916.30 feet with the NBL of said 50 acre tract and the SBL of said 75.2 acre tract to the place of BEGINNING, containing 58.90 acres.

County: Nacogdoches

Date of Sale (first Tuesday of month): January 4, 2022

Time of Sale: The sale of the Property will be held between the hours of 10:00 a.m. and 4:00 p.m. local time; **the earliest time at which the Foreclosure Sale will begin is 10:00 a.m and not later than three hours thereafter.**

Place of Sale: At the outside door of the Nacogdoches County Courthouse leading to the County Courtroom and the County Court Offices, being on the northeast side of the Courthouse and within twenty-five feet (25') of such door (inside or outside), in Nacogdoches, Nacogdoches County, Texas, as designated by Order of the County Commissioners Court.

ASSERT AND PROTECT YOUR RIGHTS AS A MEMBER OF THE ARMED FORCES OF THE UNITED STATES. IF YOU ARE OR YOUR SPOUSE IS SERVING ON ACTIVE MILITARY DUTY, INCLUDING ACTIVE MILITARY DUTY AS A MEMBER OF THE TEXAS NATIONAL GUARD OR THE NATIONAL GUARD OF ANOTHER STATE OR AS A MEMBER OF A RESERVE COMPONENT OF THE ARMED FORCES OF THE UNITED STATES, PLEASE SEND WRITTEN NOTICE OF THE ACTIVE DUTY MILITARY SERVICE TO THE SENDER OF THIS NOTICE IMMEDIATELY.

Robyn Gillespie is Trustee under the Deed of Trust. Mortgagee has instructed Trustee to offer the Property for sale toward the satisfaction of the Note.

Notice is given that on the Date of Sale, Trustee will offer the Property for sale at public auction at the Place of Sale, to the highest bidder for cash, "AS IS." The sale will begin at the Time of Sale or not later than three hours thereafter.

_____
Robyn Gillespie, Trustee

THE STATE OF TEXAS,

COUNTY OF NACOGDOCHES,

This instrument was acknowledged before me on the 2nd day of December, 2021, by Robyn Gillespie, Trustee.

_____
Notary Public, State of Texas

LINDA PERRYMAN
Notary ID #132047854
My Commission Expires
June 12, 2023

3

Cc:

VIA CERTIFIED MAIL NO.
9414 7266 9904 2170 1677 93
RETURN RECEIPT REQUESTED

Bradley C. Smith
12524 N. FM 95
Nacogdoches, Texas 75961


VIA CERTIFIED MAIL NO.
9414 7266 9904 2170 1678 09
RETURN RECEIPT REQUESTED

Bradley C. Smith
401 CR 242
Nacogdoches, Texas 75961

VIA CERTIFIED MAIL NO.
9414 7266 9904 2170 1678 16
RETURN RECEIPT REQUESTED

Kristy B. Smith
12524 N. FM 95
Nacogdoches, Texas 75961

VIA CERTIFIED MAIL NO.
9414 7266 9904 2170 1678 23
RETURN RECEIPT REQUESTED

Kristy B. Smith
401 CR 242
Nacogdoches, Texas 75961

# U.S. Postal Service® CERTIFIED MAIL® RECEIPT
Domestic Mail Only

USPS® ARTICLE NUMBER: 9414 7266 9904 2170 1678 23

| | |
|---|---|
| Certified Mail Fee | $ 3.75 |
| Return Receipt (Hardcopy) | $ 3.05 |
| Return Receipt (Electronic) | $ 0.00 |
| Certified Mail Restricted Delivery | $ 0.00 |
| Postage | $ 0.53 |
| Total Postage and Fees | $ 7.33 |

Postmark Here: DEC 02 2021 COMMERCIAL BANK OF TX CPU NACOGDOCHES, TX

Sent to: Kristy B. Smith
401 CR 242
Nacogdoches, TX 75961

Reference Information

Gillespie/Smith

PS Form 3800, Facsimile, July 2015

---

STRIPLING, PEDERSEN & FLOYD
ATTORNEYS AT LAW
P.O. DRAWER 630870
NACOGDOCHES, TEXAS 75963-0870

RETURN SERVICE REQUESTED

12-21
12-26
ANK



CERTIFIED MAIL®
9414 7266 9904 2170 1678 23
RETURN RECEIPT REQUESTED

Kristy B. Smith
401 CR 242
Nacogdoches, TX 75961

ANK

SMITH
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER
*2365-06067-02-45

UNITED STATES POSTAGE
$007.53°
PITNEY BOWES
MAILED FROM ZIP CODE 75961

## U.S. Postal Service® CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**
9414 7266 9904 2170 1677 93

| | |
|---|---|
| Certified Mail Fee | $ 3.75 |
| Return Receipt (Hardcopy) | 3.05 |
| Return Receipt (Electronic) | 0.00 |
| Certified Mail Restricted Delivery | 0.00 |
| Postage | 0.53 |
| Total Postage and Fees | $ 7.33 |

Sent to: Bradley C. Smith
12524 N. FM 95
Nacogdoches, TX 75961

**Reference Information**

Gillespie/Smith

PS Form 3800, Facsimile, July 2015

---

STRIPLING, PEDERSEN & FLOYD
ATTORNEYS AT LAW
P.O. DRAWER 630870
NACOGDOCHES, TEXAS 75963-0870

RETURN SERVICE REQUESTED

NMR

9414 7266 9904 2170 1677 93

CERTIFIED MAIL®

RETURN RECEIPT REQUESTED

Bradley C. Smith
12524 N. FM 95
Nacogdoches, TX 75961

NIXIE  711  DE 1310  0012/16/21
RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD

BC: 75963687070
*1165-03899-02-45

SHREVEPORT LA 710
UNITED STATES POSTAGE
$007.530
PITNEY BOWES
MAILED FROM ZIP CODE 75961
DEC 02 2021

# U.S. Postal Service® CERTIFIED MAIL® RECEIPT
Domestic Mail Only

**USPS® ARTICLE NUMBER**

9414 7266 9904 2170 1678 09

| | | |
|---|---|---|
| Certified Mail Fee | $ | 3.75 |
| Return Receipt (Hardcopy) | $ | 3.05 |
| Return Receipt (Electronic) | $ | 0.00 |
| Certified Mail Restricted Delivery | $ | 0.00 |
| Postage | $ | 0.53 |
| Total Postage and Fees | $ | 7.33 |

Sent to: Bradley C. Smith
401 CR 242
Nacogdoches, TX 75961

Reference Information

Gillespie/Smith

PS Form 3800, Facsimile, July 2015

---

STRIPLING, PEDERSEN & FLOYD
ATTORNEYS AT LAW
P.O. DRAWER 630870
NACOGDOCHES, TEXAS 75963-0870

RETURN SERVICE REQUESTED



FINAL NOTICE
12-21
1-6

AMC

9414 7266 9904 2170 1678 09

RETURN RECEIPT REQUESTED

Bradley C. Smith
401 CR 242
Nacogdoches, TX 75961

CERTIFIED MAIL®

SHREVEPORT LA 710
2 DEC 2021 PM 1



$007.530
DEC 02 2021
MAILED FROM ZIP CODE 75961

7111 NFE 1310B21F0012/20/21
RETURN TO SENDER
SMITH
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER
BC: 75963087070 *1065-07391-03-00

## U.S. Postal Service® CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**
9414 7266 9904 2170 1678 16

| | |
|---|---|
| Certified Mail Fee | $ 3.75 |
| Return Receipt (Hardcopy) | $ 3.05 |
| Return Receipt (Electronic) | $ 0.00 |
| Certified Mail Restricted Delivery | $ 0.00 |
| Postage | $ 0.53 |
| Total Postage and Fees | $ 7.33 |

Postmark Here: DEC 02 2021 NACOGDOCHES TX

Sent to: Kristy B. Smith
12524 N. FM 95
Nacogdoches, TX 75961

**Reference Information**

Gillespie/Smith

PS Form 3800, Facsimile, July 2015

---

STRIPLING, PEDERSEN & FLOYD
ATTORNEYS AT LAW
P.O. DRAWER 630870
NACOGDOCHES, TEXAS 75963-0870

RETURN SERVICE REQUESTED

12-20 NMR 12/29 /5

CERTIFIED MAIL
9414 7266 9904 2170 1678 16

RETURN RECEIPT REQUESTED

Kristy B. Smith
12524 N. FM 95
Nacogdoches, TX 75961

75963>0870

NIXIE 711 DE 1 3310 0012/16/21
RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD

BC: 75963687070 *0565-05133-05-00



UNITED STATES POSTAGE
PITNEY BOWES
$007.53°
02 1P 0007173200 DEC 02 2021
MAILED FROM ZIP CODE 75961