
| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| BRADLEY C SMITH | * | Case No. 21-90242 |
| | * | Chapter 13 |
| 12526 N FM 95 | * | |
| NACOGDOCHES, TX 75961 | * | |
| xxx-xx-9750 | * | |
| | * | |

Debtor

### ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN

ON THIS DATE, the Court considered the Confirmation of the Chapter 13 Plan proposed by the Debtor in the above referenced case. For the reasons as set forth herein below, the confirmation of the Chapter 13 plan should be denied.

IT IS THEREFORE ORDERED that confirmation of the Chapter 13 Plan proposed by the Debtor is DENIED.

Signed on 06/20/2022

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE

REASONS FOR DENIAL:
(x)  Final Denial
( )  Conversion of Case to Chapter 7
( )  Case to be Dismissed
( )  Other:

Approved as to Form and Substance:

/s/ W. DAVID STEPHENS
Attorney for the Debtor